UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**FEIN, SUCH, KAHN & SHEPARD, P.C.**
Counsellors at Law
7 Century Drive - Suite 201
Parsippany, New Jersey 07054
(973) 538-9300
Attorneys for Select Portfolio Servicing,
Inc., as servicer for CSMC 2020-RPL2 Trust
R.A. LEBRON, ESQ.
SPS2549
bankruptcy@fskslaw.com

| In Re: | Case No.: 22-15432 RG |
|---|---|
| HENRY BELL, JR. | Chapter: 13 |
| Debtor(s). | Judge: Honorable Rosemary Gambardella |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of <u>Select Portfolio Servicing, Inc., as servicer for CSMC 2020-RPL2 Trust</u>. This party is a party in interest in this case pursuant to a mortgage dated September 24, 2003 and recorded in the Office of the HUDSON County Clerk/Register on January 16, 2004 in Mortgage Book 10925, Page 184, and is a secured creditor. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

    ADDRESS:    FEIN, SUCH, KAHN & SHEPARD, P.C.
                          Counsellors at Law
                          7 Century Drive - Suite 201
                          Parsippany, New Jersey 07054

    DOCUMENTS:

    ☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.

    ☒ All documents and pleadings of any nature.

                                          **FEIN, SUCH, KAHN & SHEPARD, P.C.**
                                          Attorneys for Select Portfolio Servicing,
                                          Inc., as servicer for CSMC 2020-RPL2 Trust

Dated: <u>July 18, 2022</u>                      By:<u>/s/ R.A. Lebron, Esq.</u>
                                                        R.A. LEBRON, ESQ.

Case No.: 22-15432 RG