UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Moshie Solomon, Esq.
LAW OFFICES OF MOSHIE SOLOMON, P.C.
One University Plaza, Suite 412
Hackensack, NJ 07601
(201) 705-1470

Counsel for Debtor

**Order Filed on September 6, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

HENRY BELL, JR.,
         Debtor.

Case No.: 22-15432

Chapter: 13

Judge: RG

# ORDER AUTHORIZING RETENTION OF
# ROSENBERG, MINC, FALKOFF, AND WOLFF, LLP
# AS SPECIAL LITIGATION COUNSEL TO THE DEBTOR

The relief set forth on the following page is **ORDERED**.

**DATED: September 6, 2022**

*Rosemary Gambardella*
Honorable Rosemary Gambardella
United States Bankruptcy Judge

Upon the applicant's request for authorization to retain   Rosenberg, Minc, Falkoff & Wolff, LLP
as              Special Litigation Counsel           , it is hereby ORDERED:

1.  The applicant is authorized to retain the above party in the professional capacity noted.
    The professional's address is:  122 East 42nd Street
                                     Suite 3800
                                     New York, NY 10168

2.  Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3.  If the professional requested a waiver as noted below, it is  ☐ Granted  ☐ Denied.

    ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

    ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4.  The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*