MOSHIE SOLOMON
LAW OFFICES OF MOSHIE SOLOMON, P.C.
ONE UNIVERSITY PLAZA,
SUITE 412
HACKENSACK, NJ  07601

Re:   HENRY BELL, JR.
      299 EGE AVENUE
      JERSEY CITY,  NJ  07304

Atty:  MOSHIE SOLOMON
       LAW OFFICES OF MOSHIE SOLOMON, P.C.
       ONE UNIVERSITY PLAZA,
       SUITE 412
       HACKENSACK, NJ  07601

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/13/2023
Chapter 13 Case # 22-15432

### RECEIPTS AS OF 01/13/2023    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 07/25/2022 | $275.00 | 8607415000 | 09/06/2022 | $275.00 | 8687267000 |
| 10/03/2022 | $275.00 | 8743529000 | 11/03/2022 | $275.00 | 8805540000 |
| 12/05/2022 | $275.00 | 8865796000 | 01/06/2023 | $275.00 | 8923956000 |

**Total Receipts: $1,650.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan : $1,650.00**

### LIST OF PAYMENTS TO CLAIMS AS OF 01/13/2023    (Please Read Across)

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 79.72 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | ALLY CAPITAL | VEHICLE SECURE | 940.41 | 100.00% | 0.00 | 0.00 |
| 0002 | AMERICAN EXPRESS BANK | UNSECURED | 18,242.00 | 0.00% | 0.00 | 0.00 |
| 0005 | ATLANTIC MEDICAL GROUP | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0006 | BANK OF AMERICA | UNSECURED | 732.29 | 0.00% | 0.00 | 0.00 |
| 0008 | BUDGET | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0009 | CB/PEEBLES | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0010 | CCS/FIRST SAVINGS BANK | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0011 | CALIBER HOME LOANS, INC | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0012 | CAPITAL ONE | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0014 | CAPITAL ONE AUTO FINANCE | UNSECURED | 11,589.57 | 0.00% | 0.00 | 0.00 |
| 0015 | CAPITAL ONE BANK (USA), N.A. | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0016 | CAPITAL ONE BANK/BASS | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0017 | CAREPOINT HEALTH CHRIST HOSPITAL | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0018 | CARECENTRIX | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0019 | CREDIT ONE BANK NA | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |

**Chapter 13 Case # 22-15432**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| 0020 | DEL MONTE PODIATRY | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0021 | DELTA STORAGE | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0022 | U.S. DEPARTMENT OF EDUCATION | UNSECURED | 37,180.83 | 0.00% | 0.00 | 0.00 |
| 0024 | ENTERPRISE | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0025 | FNCC | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0027 | FIRST ENERGY/METRO EDISON | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0030 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 720.44 | 0.00% | 0.00 | 0.00 |
| 0033 | FIRST SAVING BANK | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0036 | GUTHY RENKER | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0037 | HCO 60 EVERGREEN INTERNAL MEDICIN | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0038 | HOP ENERGY LLC | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0039 | HUDSON RIVER RADIOLOGY | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0040 | UNITED STATES TREASURY/IRS | PRIORITY | 0.00 | 100.00% | 0.00 | 0.00 |
| 0041 | JERSEY CITY FIRE DEPT. | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0042 | JERSEY CITY MEDICAL CENTER | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0043 | JERSEY CITY MUNICIPAL UTILITY AUTHO | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0044 | KENSINGTON & ASSOCIATES | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0045 | LIBERTY SAVINGS FEDERAL CREDIT UNI | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0046 | LINCOLN EDUCATION SERVICE CORP | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0048 | MERRICK BANK | UNSECURED | 1,340.62 | 0.00% | 0.00 | 0.00 |
| 0049 | MET-ED | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0050 | META SURGICAL ASSOCIATES | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0052 | NJ MEDICAL & HEALTH ASSOCIATES | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0054 | NEW JERSEY E-ZPASS | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0055 | NEW JERSEY UROLOGY | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0056 | ONE OAK MEDICAL GROUP LLC | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0057 | PSE&G | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0058 | POCONO MEDICAL CENTER | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0059 | PUBLISHERS CLEARING HOUSE | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0060 | PYRAMID HEALTHCARE, INC. | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0061 | RWJ BARNABAS HEALTH | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0063 | SRP 2013-8, LLC | SECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0064 | SATELLITE RADIO | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0067 | SIMONS AGENCY INC | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0068 | SLEEP ON CALL | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0070 | STATE OF NJ | PRIORITY | 1,201.11 | 100.00% | 0.00 | 0.00 |
| 0071 | STATE OF NEW JERSEY, DEPT. OF COMM | SECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0072 | LVNV FUNDING LLC | UNSECURED | 1,110.45 | 0.00% | 0.00 | 0.00 |
| 0074 | TD BANK NA | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0075 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 757.26 | 0.00% | 0.00 | 0.00 |
| 0076 | THE PALMER FIRM | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0077 | SELECT PORTFOLIO SERVICING INC | MORTGAGE ARRE | 4,662.18 | 100.00% | 0.00 | 0.00 |
| 0081 | VERIZON BY AMERICAN INFOSOURCE A | UNSECURED | 219.87 | 0.00% | 0.00 | 0.00 |
| 0084 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 768.83 | 0.00% | 0.00 | 0.00 |
| 0085 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 699.10 | 0.00% | 0.00 | 0.00 |
| 0086 | UNITED STATES TREASURY/IRS | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0087 | LVNV FUNDING LLC | UNSECURED | 606.80 | 0.00% | 0.00 | 0.00 |
| 0088 | LVNV FUNDING LLC | UNSECURED | 352.92 | 0.00% | 0.00 | 0.00 |
| 0089 | VERIZON BY AMERICAN INFOSOURCE A | UNSECURED | 400.15 | 0.00% | 0.00 | 0.00 |
| 0090 | AMERICAN EXPRESS NATIONAL BANK | UNSECURED | 11,641.34 | 0.00% | 0.00 | 0.00 |
| 0091 | BUREAU OF HOUSING INSPECTION | SECURED | 12,174.00 | 100.00% | 0.00 | 0.00 |

**Total Paid: $79.72**
See Summary

**Chapter 13 Case # 22-15432**

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: January 15, 2023.

Receipts: $1,650.00    -    Paid to Claims: $0.00    -    Admin Costs Paid: $79.72    =    Funds on Hand: $1,570.28

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.