| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**FEIN, SUCH, KAHN & SHEPARD, P.C.**<br>Counsellors at Law<br>7 Century Drive - Suite 201<br>Parsippany, New Jersey 07054<br>(973) 538-9300<br>Attorneys for Movant<br>Select Portfolio Servicing,<br>Inc., as servicer for CSMC<br>2020-RPL2 Trust<br>JILL A. MANZO, ESQ.<br>SPS2549<br>bankruptcy@fskslaw.com | |
| In Re:<br><br>HENRY BELL JR<br><br>  Debtor(s). | Case No.:   22-15432 RG<br><br>Adv. No.: N/A<br><br>Chapter:   13<br><br>Hearing Date: February 15, 2023<br><br>Judge: Honorable Rosemary Gambardella<br><br>**NOTICE OF MOTION TO VACATE AUTOMATIC STAY PURSUANT TO 11 U.S.C. 362 (d)** |

PLEASE TAKE NOTICE that the undersigned attorney for the Movant, Select Portfolio Servicing, Inc., as servicer for CSMC 2020-RPL2 Trust, shall move before the United States Bankruptcy Judge, Honorable Rosemary Gambardella, 50 Walnut Street, Newark NJ 07102 on **February 15, 2023 at 10 a.m.**, or as soon thereafter as counsel may be heard, for the following relief:

    A.   For an Order to Vacate the Automatic Stay pursuant to 11 U.S.C. 362 (d) (1) and/or (2) to permit Select Portfolio Servicing, Inc., as servicer for CSMC 2020-RPL2 Trust, to proceed against the

Debtor(s) and to foreclose upon residential real property of the Debtor(s) known as <u>299 Ege Ave, Jersey City, NJ 07304</u> (hereinafter "Premises"), by any lawful means in the Superior Court of New Jersey, Chancery Division; and

B.   For such other relief as is just.

**STATEMENT OF NON-NECESSITY OF BRIEF**:  The Movant certifies pursuant to D.N.J. LBR 9013-2 that the within motion involves common questions of law and fact and does not involve complex or novel issues such as to require the submission of a legal brief.

PLEASE TAKE FURTHER NOTICE that in support of this Motion, counsel will rely upon the Certification of Select Portfolio Servicing, Inc., as servicer for CSMC 2020-RPL2 Trust.

Dated: December 28, 2022            FEIN, SUCH, KAHN & SHEPARD, P.C., Attorneys for Movant Select Portfolio Servicing, Inc., as servicer for CSMC 2020-RPL2 Trust
X   /S/ JILL A. MANZO