Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.: 22−15432−RG
        Chapter: 13
        Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Henry Bell Jr.
   299 Ege Avenue
   Jersey City, NJ 07304

Social Security No.:
   xxx−xx−5842

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 3/1/23 at 10:00 AM

to consider and act upon the following:

*26* − Motion for Relief from Stay re: 299 Ege Ave, Jersey City, NJ 07304. Fee Amount $ 188. Filed by Jill Manzo on behalf of Select Portfolio Servicing, Inc., as servicer for CSMC 2020−RPL2 Trust. Hearing scheduled for 2/15/2023 at 10:00 AM at RG − Courtroom 3E, Newark. (Attachments: # 1 Declaration in Support of Motion # 2 Certification of Creditor regarding Post Petition Payment History # 3 Exhibit A # 4 Exhibit B # 5 Proposed Order # 6 Certificate of Service) (Manzo, Jill)

Dated: 2/17/23

                            Jeanne Naughton
                            Clerk, U.S. Bankruptcy Court