UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**FEIN, SUCH, KAHN & SHEPARD, P.C.**
Counsellors at Law
7 Century Drive - Suite 201
Parsippany, New Jersey 07054
(973) 538-9300
Attorneys for Movant
Select Portfolio Servicing, Inc., as servicer for CSMC 2020-RPL2 Trust
JILL A. MANZO, ESQ.
SPS2549
bankruptcy@fskslaw.com

| | |
|---|---|
| In Re: <br><br> HENRY BELL, JR. <br><br> Debtor(s). | Case No.:  22-15432 RG <br><br> Chapter:  13 <br><br> Adv. No.: <br><br> Hearing Date: March 15, 2023 <br><br> Judge:  Honorable Rosemary Gambardella |

CERTIFICATION OF SERVICE

1. I, Kelly Mastandrea:

   ☐ represent the _____ in this matter.

   ☒ am a paralegal for FEIN, SUCH, KAHN & SHEPARD, P.C., who represents Select Portfolio Servicing, Inc., as servicer for CSMC 2020-RPL2 Trust in this matter.

   ☐ am the _____ in the above case and am representing myself.

2. On March 13, 2023, this office caused to be mailed a copy of the following pleadings and/or documents to the parties listed in the chart below:

   a. Agreed Order on Resolving Motion for Relief

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| MOSHIE SOLOMON<br>LAW OFFICES OF MOSHIE SOLOMON, P.C.<br>ONE UNIVERSITY PLAZA<br>SUITE 412<br>HACKENSACK, NJ 07601 | Debtor(s)' Attorney | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other: Email<br>   (D.N.J. LBR 9013-4) |
| MARIE-ANN GREENBERG<br>CHAPTER 13 STANDING TRUSTEE<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ 07004-1550 | Trustee in Bankruptcy | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other: Email<br>   (D.N.J. LBR 9013-4) |
| U.S. TRUSTEE<br>US DEPT OF JUSTICE<br>OFFICE OF THE US TRUSTEE<br>ONE NEWARK CENTER STE 2100<br>NEWARK, NJ 07102 | U.S. Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other: Email<br>   (D.N.J. LBR 9013-4) |
| HENRY BELL, JR.<br>299 EGE AVENUE<br>JERSEY CITY, NJ 07304 | Debtor(s) | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other: |

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: March 13, 2023          /S/ KELLY MASTANDREA
                                Kelly Mastandrea