| | |
|---|---|
| 1250 UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**FEIN, SUCH, KAHN & SHEPARD, P.C.**<br>Counsellors at Law<br>7 Century Drive – Suite 201<br>Parsippany, New Jersey 07054<br>(973) 538-9300<br>Attorneys for Movant<br>Select Portfolio Servicing, Inc., as servicer for CSMC 2020-RPL2 Trust<br>JILL A. MANZO, ESQ.<br>SPS2549<br>bankruptcy@fskslaw.com | Order Filed on March 15, 2023<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>HENRY BELL, JR.<br><br>  Debtor(s). | Case No.: 22-15432 RG<br><br>Hearing Date: March 15, 2023<br><br>Judge: Honorable Rosemary Gambardella<br><br>Chapter: 13 |

Recommended Local Form ☒ Followed ☐ Modified

## AGREED ORDER ON RESOLVING MOTION FOR RELIEF FROM STAY

The relief set forth on the following pages, numbered two (2) through four (4) is hereby **ORDERED**.

**DATED: March 15, 2023**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

1. The above-styled Motion for Relief regarding 299 EGE AVE, JERSEY CITY, NJ 07304, having been scheduled for a hearing before the Court on February 15, 2023, upon Notice of Assignment of Hearing to each of the above-captioned parties in interest, and it appearing to the Court that the parties consent hereto:

2. FURTHER IT IS HEREBY ORDERED that the Motion for Relief is denied, as the parties herein agree that the interest of Movant is adequately protected by payment and performance as more particularly set forth hereinafter.

3. FURTHER ORDERED that as of February 8, 2023, the post-petition arrearage is as follows, pursuant to the terms of the Note, as set forth in the chart below:

| Number of Missed Payments | From | To | Monthly Missed Principal and Interest | Monthly Missed Escrow (if applicable) | Monthly Payment Amount | Total of Monthly Payments Missed |
|---|---|---|---|---|---|---|
| 4 | 11/2022 | 02/2023 | $891.15 | $359.20 | $1,250.35 | $5,001.40 |
| Less post-petition partial payments (suspense balance): ($1.65) | | | | | | |

**Total: $4,999.75**

4. This arrearage shall be paid as follows:
   Debtor is ordered to pay the total post-petition arrearage totaling a sum of $4,999.75 by filing a modified plan and budget no later than 7 days upon entry of this Order.

5. Regular payments in the amount of $1,250.35 to be paid on or before March 1, 2023 and any additional amount as required or allowed by the Note and Security Instrument. Payments should be

sent to: Select Portfolio Servicing, Inc. Attn: Remittance Processing P.O. Box 65450 Salt Lake City, UT 84165-0450.

6. FURTHER ORDERED that should Debtor(s) default in payment of any sum specified herein, or in any regular monthly mortgage payments which come due according to Movant's Loan Documents, for the life of the bankruptcy then upon notice of default sent by first class mail to Debtor(s), attorney for Debtor(s) and the Trustee, and failure of Debtor(s) to cure such default within 10 days from the date of receipt of such notice, Movant may file a motion and affidavit of default, with service upon Debtor(s), attorney for Debtor(s) and the Trustee, and the Court may enter an Order releasing Movant from the automatic stay, without further notice or hearing.

7. FURTHER ORDERED that in the event relief from the automatic stay is later granted, the Trustee shall cease funding any balance of Movant's claim, and the provisions of Fed. R. Bank. P. 4001(a)(3) may be waived.

Dated this __8th__ day of __March__ 2023

CONSENTED TO BY:

_____
JILL A. MANZO, ESQ.
FEIN, SUCH, KAHN & SHEPARD, P.C.
Attorneys for Movant

_____
MOSHIE SOLOMON, ESQ.
Attorney for Debtor