UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Moshie Solomon, Esq.
LAW OFFICES OF MOSHIE SOLOMON, P.C.
One University Plaza, Suite 412
Hackensack, NJ 07601
(201) 705-1470

In Re:

HENRY BELL, JR.

                    Debtor.

| | |
|---|---|
| Case No.: | 22-15432 |
| Chapter: | 13 |
| Adv. No.: | |
| Hearing Date: | May 3, 2023 |
| Judge: | RG |

## CERTIFICATION OF SERVICE

1.  I, _____Moshie Solomon_____ :

    ☒ represent _____the Debtor_____ in this matter.

    ☐ am the secretary/paralegal for _____, who represents
    _____ in this matter.

    ☐ am the _____ in this case and am representing myself.

2.  On _____April 5, 2023_____, I sent a copy of the following pleadings and/or documents
    to the parties listed in the chart below.
    Notice of Second Modified Chapter 13 Plan Transmittal (to Judgment Lien Creditors)
    and Second Modified Chapter 13 Plan and Motions (to all parties)

3.  I certify under penalty of perjury that the above documents were sent using the mode of service
    indicated.

Date: _____April 5, 2023_____          /s/ Moshie Solomon
                                          Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
| --- | --- | --- |
| SRP 2013-8, LLC<br>c/o KML Law Group, PC<br>701 Market Street, Ste 5000<br>Philadelphia, PA 19106<br>Attn: Denise Carlon, Esq. | Counsel to SRP 2013-8, LLC, Judgment Lien Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| State of New Jersey, Dept. of Community Affairs<br>Bureau of Housing Inspection<br>101 Broad Street, PO Box 810<br>Trenton, NJ 08625-0810 | Judgment Lien Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| FEIN, SUCH, KAHN & SHEPARD, P.C. Counsellors at Law<br>7 Century Drive - Suite 201<br>Parsippany, New Jersey 07054 | Counsel to Select Portfolio Servicing, Inc. as servicer for CSMC 2020-RPL2 TRUST, Secured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Ally Capital c/o AIS Portfolio Services, LLC<br>4515 N. Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118 | Secured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |