**STATISTICAL INFORMATION ONLY:** Debtor must select the number breach of the following items included in the Plan.

_ Valuation of Security          x Assumption of Executory Contract or Unexpired Lease          x Lien Avoidance

Last revised: August 1, 2020

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

In Re: Henry Bell Jr.                              Case No.: 22-15432

Debtor(s)                                          Judge: RG

**Chapter 13 Plan and Motions**

☐ Original                    ☑ Modified/Notice Required

☑ Motions Included            ☐ Modified/No Notice Required     Date: 03/30/2023

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE
**YOUR RIGHTS WILL BE AFFECTED**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the Notice. Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice. The Court may confirm this plan, if there are no timely filed objections, without further notice. See Bankruptcy Rule 3015. If this plan includes motions to avoid or modify a lien, the lien avoidance or modification may take place solely within the chapter 13 confirmation process. The plan confirmation order alone will avoid or modify the lien. The debtor need not file a separate motion or adversary proceeding to avoid or modify a lien based on value of the collateral or to reduce the interest rate. An affected lien creditor who wishes to contest said treatment must file a timely objection and appear at the confirmation hearing to prosecute same.

**The following matters may be of particular importance. Debtors must check one box on each line to state whether the plan includes each of the following items. If an item is checked as "Does Not" or if both boxes are checked, the provision will be ineffective if set out later in the plan.**

THIS PLAN:

☐ DOES ☑ DOES NOT CONTAIN NON-STANDARD PROVISIONS. NON-STANDARD PROVISIONS MUST ALSO BE SET FORTH IN PART 10.

☐ DOES ☑ DOES NOT LIMIT THE AMOUNT OF A SECURED CLAIM BASED SOLELY ON VALUE OF COLLATERAL, WHICH MAY RESULTS IN A PARTIAL PAYMENT OR NO PAYMENT AT ALL TO THE SECURED CREDITOR. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

☑ DOES ☐ DOES NOT AVOID A JUDICIAL LIEN OR NONPOSSESSORY, NONPURCHASE-MONEY SECURITY INTEREST. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

Initial Debtor(s)' Attorney: MS          Initial Debtor: HB          Initial Co-Debtor: ___

## Part 1: Payment and Length of Plan

a. The debtor shall pay $275.00 per Month to the Chapter 13 Trustee, starting on August 5, 2022 for approximately 7 months; and then $805 per month starting on March 1, 2023 for 38 months; and then $1,567 per month starting on May 1, 2026 for 15 months.

b. The debtor shall make plan payments to the Trustee from the following sources:

☑ Future earnings

☐ Other sources of funding (describe source, amount and date when funds are available):

c. Use of real property to satisfy plan obligations:

☐ Sale of real property
   Description: _____
   Proposed date for completion: _____

☐ Refinance of real property:
   Description: _____
   Proposed date for completion: _____

☐ Loan modification with respect to mortgage encumbering property:
   Description: _____
   Proposed date for completion: _____

d. ☐ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

e. ☐ Other information that may be important relating to the payment and length of plan:

## Part 2: Adequate Protection ☑ None

a. Adequate protection payments will be made in the amount of $ _____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to _____ (creditor).

b. Adequate protection payments will be made in the amount of $ _____ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to: _____ (creditor).

## Part 3: Priority Claims (Including Administrative Expenses)

a. All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| CHAPTER 13 STANDING TRUSTEE | ADMINISTRATIVE | AS ALLOWED BY STATUTE |
| ATTORNEY FEE BALANCE | ADMINISTRATIVE | BALANCE DUE: $1,000.00 |
| DOMESTIC SUPPORT OBLIGATION |  | $0.00 |
| State of New Jersey Division of Taxation | Tax Obligation | $1,221.00 |

b. Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount: Check one:

☑ None

☐ The allowed priority claims listed below are based on a domestic support obligation that has been assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim pursuant to 11 U.S.C.1322(a)(4):

| Creditor | Type of Priority | Claim Amount | Amount to be Paid |
|---|---|---|---|
|  |  |  |  |

## Part 4: Secured Claims

a. Curing Default and Maintaining Payments on Principal Residence

☐ NONE

The Debtor shall pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| CSMC 2020-RPL2 Trust c/o Select Portfolio Servicing, Inc. | 299 Ege Avenue | $9,661.93 | 0.00% | $9,661.93 | $1,341.45 |

b. Curing and Maintaining Payments on Non-Principal Residence & other loans or rent arrears:

☐ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor will pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| Ally Capital | 2014 GMC Savana Van | $4,173.12 | 0.00% | $4,173.12 | $458.90 |

c. Secured claims excluded from 11 U.S.C. 506:

☑ NONE

The following claims were either incurred within 910 days before the petition date and are secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value:

| Name of Creditor | Collateral | Interest Rate | Amount of Claim | Total to be Paid Through the Plan Including Interest Calculation |
|---|---|---|---|---|
|  |  |  |  |  |

d. Requests for valuation of security, Cram-down, Strip Off & Interest Rate Adjustments

☑ NONE

1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this Section ALSO REQUIRES the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to be Paid |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

e. Surrender

☑ NONE

Upon confirmation, the stay is terminated as to surrendered collateral only under 11 U.S.C. 362(a) and that the stay under 11 U.S.C 1301be terminated in all respects. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
|  |  |  |  |

f. Secured Claims Unaffected by the Plan   ☑ NONE
The following secured claims are unaffected by the Plan:

g. Secured Claims to be Paid in Full Through the Plan:   ☑ NONE

| Creditor | Collateral | Total Amount to be Paid Through the Plan |
|---|---|---|

## Part 5: Unsecured Claims

☐ NONE

a. **Not separately classified** allowed non-priority unsecured claims shall be paid:

☐ Not less than _____ to be distributed *pro rata*

☐ Not less than _____ percent

☑ *Pro Rata* distribution from any remaining funds

b. **Separately classified unsecured** claims shall be treated as follows:

| Creditor | Basis of Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
|  |  |  |  |

## Part 6: Executory Contracts and Unexpired Leases

☐ NONE

(NOTE: See time limitations set forth in 11 U.S.C. 365(d)(4) that may prevent assumption of non-residential real property leases in this Plan.)

All executory contracts and unexpired leases are rejected, except the following, which are assumed:

| Creditor | Arrears to be Cured in Plan | Nature of Contract or Lease | Treatment by Debtor | Post-Petition Payment |
|---|---|---|---|---|
| Gaetana Barba | $0.00 | Month to Month Lease of 6216 Decker Road, Bushkill, PA 18324 | Assume | $1,200 per month (outside of plan) |

## Part 7: Motions  ☐ NONE

**NOTE:** All plans containing motions must be served on all affected creditors, together with local form, *Notice of Chapter 13 Plan Transmittal*, within the time and in the manner set forth in D.N.J. LBR 3015-1. A *Certification of Service* must be filed with the Clerk of Court when the plan and transmittal notice are served.

a. **Motion to Avoid Liens Under 11. U.S.C. Section 522(f).**  ☐ NONE

The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
| SRP 2013-8, LLC | 299 Ege Avenue | Judgment | $458,376.59 (plus interest to petition date) | $320,000.00 | $27,900.00 | $284,020.07 | $458,376.59 (plus interest to petition date) |
| State of New Jersey, Dept. of Community Affairs | 299 Ege Avenue | Judgment | $12,174.00 | $320,000.00 | $27,900.00 | $738,999.34 | $12,174.00 |

b. **Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured.**  ☑ NONE

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Schedule Debt | Total Collateral Value | Superior Liens | Value of Creditor's Interest in Collateral | Total Amount of Lien to be Reclassified |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |

c. **Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.**  ☑ NONE

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

## Part 8: Other Plan Provisions

**a. Vesting of Property of the Estate**

☐ Upon confirmation
☑ Upon discharge

**b. Payment Notices**

Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

**c. Order of Distribution**

The Trustee shall pay allowed claims in the following order:

1) Ch. 13 Standing Trustee commissions
2) Administrative Expense Claims
3) Priority Claims
4) General, Unsecured Non-Priority Claims

**d. Post-Petition Claims**

The Trustee ☑ is, ☐ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

## Part 9: Modification  ☐ NONE

NOTE: Modification of a plan does not require that a separate motion be filed. A modified plan must be served in accordance with D.N.J. LBR 3015-2.

If this Plan modifies a Plan previously filed in this case, complete the information below.

Date of Plan being Modified: February 16, 2023

Explain below **why** the plan is being modified:

Any arrears under the lease for the property located at 6216 Decker Road, Bushkill, PA 18324 will be paid outside the plan directly by Debtor's son, who is a co-lessee and co-obligor for such arrears.

Explain below **how** the plan is being modified:

The plan has been modified to reflect that no payments for any arrears under the lease will be paid through the plan.

Are Schedules I and J being filed simultaneously with this Modified Plan?    ☐ Yes    ☑ No

## Part 10: Non-Standard Provision(s): Signatures Required

Non-Standard Provisions Requiring Separate Signatures:

☑ NONE
☐ Explain here:

Any non-standard provisions placed elsewhere in this plan are ineffective.

## Signatures

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Plan.

By signing and filing this document, the debtor(s), if not represented by an attorney, or the attorney for the debtor(s) certify that the wording and order of the provisions in this Chapter 13 Plan are identical to Local Form, Chapter 13 Plan and Motions, other than any non-standard provisions included in Part 10.

I certify under penalty of perjury that the above is true.

Date: 04/04/2023    /s/ Henry Bell Jr.
                   Debtor

Date: 04/04/2023    /s/ Moshie Solomon
                   Attorney for the Debtor

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 22-15432-RG |
| Henry Bell, Jr. | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 5 |
| Date Rcvd: Apr 05, 2023 | Form ID: pdf901 | Total Noticed: 103 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

\#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 07, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Henry Bell, Jr., 299 Ege Avenue, Jersey City, NJ 07304-1001 |
| sp | + | Rosenberg, Minc, Falkoff, and Wolff, LLP, 122 East 42nd Street, Suite 3800, New York, NY 10168-3399 |
| 519654493 | + | Brenda Bell, 6216 Decker Road, Bushkill, PA 18324-6801 |
| 519654494 | + | Budget, 6 Sylvan Way, Parsippany, NJ 07054-3826 |
| 519775310 | + | Bureau of Housing Inspection, PO BOX 810, Trenton, NJ 08625-0810 |
| 519654495 | | Caliber Home Loans, Inc, 1301 Wireless Way, Oklahoma City, OK 73134 |
| 519654502 | | CarePoint Health Christ Hospital, 176 Palisade Avenue, Jersey City, NJ 07306-1121 |
| 519654501 | + | Carecentrix, PO Box 2011, Monroe, WI 53566-8079 |
| 519654506 | | Del Monte Podiatry, 150 Warren Street Ste 201, Jersey City, NJ 07302-6443 |
| 519654507 | + | Delta Storage, 71 New Hook Rd., Bayonne, NJ 07002-5006 |
| 519654508 | + | Dept Of Ed/582/Nelnet, PO Box 173904, Denver, CO 80217-3904 |
| 519654511 | + | Fedloan, Po Box 60610, Harrisburg, PA 17106-0610 |
| 519654512 | + | First Energy/Metro Edison, c/o Penn Credit Corp, PO Box 1259, Dep. 91047, Oaks, PA 19456-1259 |
| 519654520 | + | Gaetana Barba, 59 S. Windhorst Avenue, Bethpage, NY 11714-4931 |
| 519654521 | + | Goldman & Warshaw, P.C., PO Box 2500, Caldwell, NJ 07007-2500 |
| 519654522 | #+ | Guthy Renker, c/o North Shore Agency, 112 W. Park Drive, Suite 200, Mount Laurel, NJ 08054-1261 |
| 519654523 | | HCO 60 Evergreen Internal Medicine, PO Box 767, South Orange, NJ 07079-0767 |
| 519654524 | + | Hop Energy LLC, c/o Frederic C. Goetz, Esq. LLC, 1011 Hudson Ave., PO Box 454, Ridgefield, NJ 07657-0454 |
| 519654525 | + | Hudson River Radiology, 120-152 48th Street, Union City, NJ 07087-6439 |
| 519654527 | + | Jersey City Fire Dept., 465 Marin Blvd., Jersey City, NJ 07302-2111 |
| 519654528 | + | Jersey City Medical Center, Att: Quality Asset Recovery LLC, PO Box 239, Gibbsboro, NJ 08026-0239 |
| 519654529 | + | Jersey City Municipal Utility Authority, Customer Service Center, 69 DeVoe Place, Hackensack, NJ 07601-6105 |
| 519654530 | + | Kensington & Associates, 39252 Winchester Road, Ste 107-265, Murrieta, CA 92563-3509 |
| 519654531 | + | Liberty Savings Federal Credit Union, 666 Newark Avenue, Jersey City, NJ 07306-2398 |
| 519654532 | + | Lincoln Education Service Corp, 502 W. Germantown Pk, Plymouth Meeting, PA 19462-1309 |
| 519654535 | + | Met-Ed, PO Box 3687, Akron, OH 44309-3687 |
| 519654536 | + | Meta Surgical Associates, PO Box 337, Park Ridge, NJ 07656-0337 |
| 519654541 | | NJ Medical & Health Associates, DBA CarePoint Medical Group, Philadelphia, PA 19182-4276 |
| 519654538 | | New Jersey Division of Taxation, Bankruptcy U, 50 Barrack Street, 9th Floor, P.O. Box 245, Trenton, NJ 08695-0267 |
| 519654540 | | New Jersey Urology, CL#7970, PO Box 95000, Philadelphia, PA 19195-0001 |
| 519654542 | + | One Oak Medical Group LLC, 342 Hamburg Turnpike, Suite 203, Wayne, NJ 07470-2166 |
| 519654544 | | PSE&G, PO Box 709, Newark, NJ 07101-0709 |
| 519654543 | + | Pocono Medical Center, c/o Computer Credit Inc., 470 West Hanes Mill Road, Winston Salem, NC 27105-9102 |
| 519654546 | | Pyramid Healthcare, Inc., PO Box 3475, Toledo, OH 43607-0475 |
| 519654548 | | RWJ Barnabas Health, PO Box 2978, Muncie, IN 47307-0978 |
| 519654555 | + | SRP 2013-8, LLC, KML Law Group, PC, 701 Market Street, Ste 5000, Philadelphia, PA 19106-1541 |
| 519654549 | + | Satellite Radio, PO Box 78054, Phoenix, AZ 85062-8054 |
| 519654551 | | Selip & Stylianou LLP, 10 Forest Avenue- Suite 300, PO Box 914, Paramus, NJ 07653-0914 |
| 519654553 | + | Sleep on Call, c/o James C. Bender, Esq., 29 Columbia Tpk, Suite 302, Florham Park, NJ 07932-2240 |
| 519654554 | | Smileactive, PO Box 2031, Harlan, IA 51593-0074 |
| 519698126 | | State of New Jersey, Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08695-0245 |
| 519654556 | + | State of New Jersey Division of Taxation, PO Box 846, Trenton, NJ 08605-0846 |

Case 22-15432-RG    Doc 45    Filed 04/07/23    Entered 04/08/23 00:15:19    Desc Imaged
Certificate of Notice    Page 7 of 10

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 2 of 5 |
| Date Rcvd: Apr 05, 2023 | Form ID: pdf901 | Total Noticed: 103 |

| Recip ID | | Recipient Name and Address |
|---|---|---|
| 519654557 | | State of New Jersey, Dept. of Community Affai, Bureau of Housing Inspection, 101 Broad Street, PO Box 810, Trenton, NJ 08625-0810 |
| 519654561 | + | TD Bank Na, PO Box 1448, Greenville, SC 29602-1448 |
| 519654562 | + | The Palmer Firm, PO Box 1600, Rancho Cucamonga, CA 91729-1600 |
| 519654564 | | US Dept of Education, 101 Marietta Tower, Atlanta, GA 30323 |

TOTAL: 46

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 05 2023 20:35:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 05 2023 20:35:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 05 2023 20:40:56 | Ally Capital Department, AIS Portfolio Services, LP, 4515 N Santa Fe Ave, Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 05 2023 20:40:41 | Ally Financial, AIS Portfolio Services, LP, 4515 N Santa Fe Ave, Dept APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 05 2023 20:40:16 | Capital One Auto, AIS Portfolio Services, LP, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519656095 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 05 2023 20:40:56 | Ally Capital, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519684460 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 05 2023 20:40:41 | Ally Capital c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519657025 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 05 2023 20:40:56 | Ally Financial, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519654487 | + | Email/Text: ally@ebn.phinsolutions.com | Apr 05 2023 20:35:00 | Ally Financial, PO Box 380901, Minneapolis, MN 55438-0901 |
| 519654488 | + | Email/PDF: bncnotices@becket-lee.com | Apr 05 2023 20:40:27 | American Express, PO Box 981537, El Paso, TX 79998-1537 |
| 519678969 | | Email/PDF: bncnotices@becket-lee.com | Apr 05 2023 20:40:28 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519654490 | | Email/Text: Atlanticus@ebn.phinsolutions.com | Apr 05 2023 20:35:00 | Aspire, PO Box 105555, Atlanta, GA 30348-5555 |
| 519654489 | ^ | MEBN | Apr 05 2023 20:31:40 | Aspire, PO Box 650832, Dallas, TX 75265-0832 |
| 519654491 | | Email/Text: EBN_Brea@meduitrcm.com | Apr 05 2023 20:35:00 | Atlantic Medical Group, c/o CMRE Financial Services Inc, 3075 E. Imperial Hwy, Suite 200, Brea, CA 92821-6753 |
| 519654492 | | Email/Text: creditcardbkcorrespondence@bofa.com | Apr 05 2023 20:35:00 | Bank of America, PO Box 982234, El Paso, TX 79998-2234 |
| 519678243 | | Email/Text: creditcardbkcorrespondence@bofa.com | Apr 05 2023 20:35:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 519654503 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 05 2023 20:35:00 | CB/Peebles, PO Box 182789, Columbus, OH 43218-2789 |
| 519654496 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 05 2023 20:40:38 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 519654497 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 05 2023 20:40:08 | Capital One, PO Box 6492, Carol Stream, IL 60197-6492 |
| 519654498 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | | |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Apr 05 2023 20:40:20 | Capital One Auto Finance, 7933 Preston Road, Plano, TX 75024-2302 |
| 519657022 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 05 2023 20:40:56 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519663818 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 05 2023 20:40:41 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 519654499 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 05 2023 20:40:55 | Capital One Bank (USA), N.A., 4851 Cox Road, Glen Allen, VA 23060-6293 |
| 519654500 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 05 2023 20:40:08 | Capital One Bank/Bass, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 519654505 | + | Email/PDF: creditonebknotifications@resurgent.com | Apr 05 2023 20:40:56 | Credit One Bank Na, PO Box 98875, Las Vegas, NV 89193-8875 |
| 519654509 | + | Email/Text: electronicbkydocs@nelnet.net | Apr 05 2023 20:35:00 | Dept of Education/Nelnet, 121 S 13th St, Lincoln, NE 68508-1904 |
| 519654510 | + | Email/Text: mary.e.bushyhead@ehi.com | Apr 05 2023 20:35:00 | Enterprise, 600 Corporate Park Drive, Saint Louis, MO 63105-4211 |
| 519654519 | | Email/Text: BNSFN@capitalsvcs.com | Apr 05 2023 20:35:00 | FNCC, 500 East 60th St North, Sioux Falls, SD 57104 |
| 519654513 | | Email/Text: BNSFN@capitalsvcs.com | Apr 05 2023 20:35:00 | First National Bank, PO Box 2496, Omaha, NE 68103-2496 |
| 519654514 | | Email/Text: BNSFN@capitalsvcs.com | Apr 05 2023 20:35:00 | First National Credit Card, PO Box 5097, Sioux Falls, SD 57117-5097 |
| 519654504 | | Email/Text: BNSFS@capitalsvcs.com | Apr 05 2023 20:35:00 | CCS/First Savings Bank, 500 E 60th St N, Sioux Falls, SD 57104 |
| 519654518 | | Email/Text: BNSFS@capitalsvcs.com | Apr 05 2023 20:35:00 | First Saving Bank, PO Box 5019, Sioux Falls, SD 57117-5019 |
| 519654516 | | Email/PDF: ais.fpc.ebn@aisinfo.com | Apr 05 2023 20:40:57 | First Premier Bank, PO Box 5524, Sioux Falls, SD 57117-5524 |
| 519654517 | | Email/PDF: ais.fpc.ebn@aisinfo.com | Apr 05 2023 20:40:56 | First Premier Bank, PO Box 5519, Sioux Falls, SD 57117-5519 |
| 519654515 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Apr 05 2023 20:40:57 | First Premier Bank, 601 S Minnesota Ave, Sioux Falls, SD 57104-4868 |
| 519654526 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 05 2023 20:35:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 519680265 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 05 2023 20:40:23 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519678114 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 05 2023 20:40:56 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 519654533 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 05 2023 20:40:13 | Merrick Bank, PO Box 660702, Dallas, TX 75266-0702 |
| 519654534 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 05 2023 20:40:16 | Merrick Bank Corp, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 519654535 | + | Email/Text: BankruptcyEast@firstenergycorp.com | Apr 05 2023 20:35:00 | Met-Ed, PO Box 3687, Akron, OH 44309-3687 |
| 519654539 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Apr 05 2023 20:35:00 | New Jersey E-ZPass, c/o Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2679 |
| 519704435 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 05 2023 20:40:44 | Portfolio Recovery Associates, LLC, c/o The Bank Of Missouri, POB 41067, Norfolk VA 23541 |
| 519674150 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 05 2023 20:35:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 56302-7999 |
| 519654545 | + | Email/Text: bankruptcies@penncredit.com | Apr 05 2023 20:35:00 | Publishers Clearing House, c/o Penn Credit Corp, 2800 Commerce Drive, Harrisburg, PA 17110-9307 |
| 519654547 | ^ | MEBN | Apr 05 2023 20:30:14 | Revco Solutions, PO Box 163279, Columbus, OH 43216-3279 |
| 519654550 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Apr 05 2023 20:36:00 | Select Portfolio Servicing Inc., Attn: Bankruptcy Dept., PO Box 65250, Salt Lake City, UT 84165-0250 |
| 519704689 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Apr 05 2023 20:36:00 | Select Portfolio Servicing, Inc., as servicer for, P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 519654552 | + | Email/Text: clientservices@simonsagency.com | Apr 05 2023 20:35:00 | Simons Agency Inc, 4963 Wintersweet Dr, Liverpool, NY 13088-2176 |
| 519654558 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 05 2023 20:40:55 | Syncb/Car Care Pep Boy, PO Box 965036, Orlando, FL 32896-5036 |
| 519655351 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 05 2023 20:40:38 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519654559 | ^ | MEBN | Apr 05 2023 20:32:10 | Synergetic Communications Inc,, 5450 N.W. Central #220, Houston, TX 77092-2061 |
| 519654560 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Apr 05 2023 20:35:00 | Tbom/Atls/Aspire, 5 Concourse Pkwy Ste 400, Atlanta, GA 30328-9114 |
| 519654563 | + | Email/Text: ECMBKMail@Caliberhomeloans.com | Apr 05 2023 20:36:00 | U.S. Bank Trust N.A., as Trustee, 13801 Wireless Way, Oklahoma City, OK 73134-2500 |
| 519729496 | | Email/Text: EDBKNotices@ecmc.org | Apr 05 2023 20:35:00 | U.S. Department of Education, PO BOX 16448, St. Paul, MN, 55116-0448 |
| 519654565 | | Email/Text: EDBKNotices@ecmc.org | Apr 05 2023 20:35:00 | US Dept. of Education, Default Resolution Group, PO Box 5609, Greenville, TX 75403-5609 |
| 519698738 | + | Email/PDF: ebn_ais@aisinfo.com | Apr 05 2023 20:40:20 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519654566 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Apr 05 2023 20:35:00 | Verizon Wireless Bankruptcy Administration, 500 Technology Drive, Weldon Spring, MO 63304-2225 |

TOTAL: 58

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519654537 | | N/A |
| 519698311 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519704437 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, c/o The Bank Of Missouri, POB 41067, Norfolk VA 23541 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

| District/off: 0312-2 | User: admin | Page 5 of 5 |
|---|---|---|
| Date Rcvd: Apr 05, 2023 | Form ID: pdf901 | Total Noticed: 103 |

complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 07, 2023        Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 5, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor SRP 2013-8 LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jill Manzo | on behalf of Creditor Select Portfolio Servicing Inc., as servicer for CSMC 2020-RPL2 Trust bankruptcy@fskslaw.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Moshie Solomon | on behalf of Debtor Henry Bell Jr. msolomon@moshiesolomonlaw.com, r56616@notify.bestcase.com |
| R. A. Lebron | on behalf of Creditor Select Portfolio Servicing Inc., as servicer for CSMC 2020-RPL2 Trust bankruptcy@fskslaw.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6