**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Marie-Ann Greenberg MAG-1284**
**Chapter 13 Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**

IN RE:

  HENRY BELL, JR.

**Order Filed on May 4, 2023**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

**Case No.:  22-15432 RG**

**Hearing Date:  5/3/2023**

**Judge:  ROSEMARY GAMBARDELLA**

**Debtor is Entitled To Discharge**

## ORDER CONFIRMING PLAN

The relief set forth on the following pages, numbered 2 through 2 is hereby **ORDERED**.

**DATED: May 4, 2023**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Case No.:  22-15432 RG

Caption of Order:        ORDER CONFIRMING PLAN

The Plan of the Debtor having been proposed to creditors, and hearing having been held on the Confirmation of such Plan, and it appearing that the applicable provisions of the Bankruptcy Code have been complied with; and for good cause shown, it is

- ORDERED, that the plan of the above named Debtor dated 4/5/2023, or as amended at the confirmation hearing is hereby confirmed.  The Standing Trustee shall make payments in accordance with 11 U.S.C. § 1326 with funds received from the Debtor; and it is further

- ORDERED, that to the extent that the Debtor's plan contains motions to avoid judicial liens under 11 U.S.C. Section 522(f) and/or to avoid liens and reclassify claims in whole or in part, such motions are hereby granted, except as specified herein:

- ORDERED, that commencing 8/1/2022, the Debtor shall pay the Standing Trustee

  the sum of $275.00 for a period of 7 month(s), and then

  the sum of $805.00 for a period of 38 month(s), and then

  the sum of $1,567.00 for a period of 15 month(s), which payments shall include commission and expenses of the Standing Trustee in accordance with 28 U.S.C. § 586. The unsecured creditors shall receive on a pro rata basis, the balance remaining from the payments set forth in this paragraph, after payment of all administrative, priority & secured claims (i.e., Pot Plan); and it is further

- ORDERED, that the Debtor must provide the Standing Trustee with copies of their timely filed Federal tax returns by April 15th every year throughout the life of the plan and annual Federal tax refund in excess of $2,000.00 if filing married/jointly or $1,000.00 if utilizing any other status beginning with the 2022 tax year shall be paid into the plan or the case will be dismissed upon certification of the Trustee with 14 days' notice to debtor(s) and debtor's attorney; and it is further

- ORDERED, that the Debtor must provide the Standing Trustee with a status of the personal injury claim by 8/15/2023 or the case will be dismissed upon certification of the Standing Trustee with 14 days' notice to Debtor(s) and Debtor(s) Attorney and any non-exempt proceeds are to be paid inside the plan for the benefit of the unsecured creditors; and it is further

- ORDERED, that upon completion of the plan, affected secured creditors shall take all steps necessary to remove of record any lien or portion of any lien discharged; and it is further

- ORDERED, that upon expiration of the Deadline to File a Proof of Claim, the Chapter 13 Standing Trustee may submit an Amended Order Confirming Plan upon notice to the Debtor, Debtor's attorney and any other party filing a Notice of Appearance.