Marie-Ann Greenberg MAG-1284
Marie-Ann Greenberg, Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ 07004-1550
973-227-2840
Chapter 13 Standing Trustee

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

IN RE:

HENRY BELL, JR.,

Case No.: 22-15432 RG

Debtor

## NOTICE OF RESERVE ON CLAIM

| | |
|---|---|
| Creditor: | SLEEP ON CALL |
| Trustee Claim #: | 68 |
| Court Claim #: | 21 |
| Claimed Amount: | $371.58 |
| Date Claim Filed: | 03/01/2023 |

Please be advised that a reserve has been placed on the above named claim for the following reason:

- Filed Proof of Claim was blank as to the amount owed and also did not include attachments.

Unless we receive the information needed and the necessary documents are filed with the Court, we will continue to reserve the funds and the funds will be sent to the United States Bankruptcy Court upon the closing of the case.

Dated: May 08, 2023

By: /S/ Marie-Ann Greenberg
Chapter 13 Standing Trustee

HENRY BELL, JR.
299 EGE AVENUE
JERSEY CITY, NJ  07304

MOSHIE SOLOMON
LAW OFFICES OF MOSHIE SOLOMON, P.C.
ONE UNIVERSITY PLAZA,
SUITE 412
HACKENSACK, NJ  07601

SLEEP ON CALL
AMIT DESHMUKH, ESQ.
29 COLUMBIA TURNPIKE
FLORHAM PARK, NJ  07932