**Marie-Ann Greenberg, Esquire**
**Chapter 13 Standing Trustee**

Joseph D. Petrolino, Jr.
Staff Attorney

Brian M. Knapp
Staff Attorney

30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550

Phone 973-227-2840
Fax 973-227-3272

For Payments Only:

PO BOX 520
MEMPHIS, TN  38101-0520

May 16, 2023

**Re: Standing Trustee's Notice of Distribution**
    **Case No: 22-15432**

On May 04, 2023 the above-referenced case was confirmed. Subsequently, all of the creditors and attorney fees, if any, were set up on our database so that we can commence distribution to the parties in the near future.

Attached is a case report for your review. IT IS YOUR RESPONSIBILITY to review this report and ensure that you are in agreement with the information contained on the report. We strongly suggest that you compare this report against the claims registry and docket. If you are not in agreement, you need to notify us in writing within five (5) days of the docketing of this information and/or file the appropriate motion with the court.

A copy of the Chapter 13 Standing Trustee's Policies regarding Proofs of Claim may be found on our website at http://www.magtrustee.com.

Marie-Ann Greenberg, Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF MAY 16, 2023

**Chapter 13 Case # 22-15432**

Atty:   MOSHIE SOLOMON

Re:     HENRY BELL, JR.
        299 EGE AVENUE
        JERSEY CITY, NJ  07304

**PLEASE SEE SUMMARY SECTION FOR ESTIMATED BALANCE TO COMPLETE.**

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $56,020.00**

## RECEIPTS   (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 07/25/2022 | $275.00 | 8607415000 | 09/06/2022 | $275.00 | 8687267000 |
| 10/03/2022 | $275.00 | 8743529000 | 11/03/2022 | $275.00 | 8805540000 |
| 12/05/2022 | $275.00 | 8865796000 | 01/06/2023 | $275.00 | 8923956000 |
| 02/06/2023 | $275.00 | 8982574000 | 03/06/2023 | $805.00 | 9037154000 |
| 04/04/2023 | $805.00 | 9093648000 | 05/04/2023 | $805.00 | 9149799000 |

**Total Receipts: $4,340.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $4,340.00**

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN |  |  | 235.72 |  |
| ATTY | ATTORNEY | ADMIN | 1,000.00 | 100.00% | 0.00 | 1,000.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | ALLY CAPITAL | VEHICLE SECURE | 4,173.12 | 100.00% | 648.66 |  |
| 0002 | AMERICAN EXPRESS BANK | UNSECURED | 18,242.00 | * | 0.00 |  |
| 0005 | ATLANTIC MEDICAL GROUP | UNSECURED | 0.00 | * | 0.00 |  |
| 0006 | BANK OF AMERICA | UNSECURED | 732.29 | * | 0.00 |  |
| 0008 | BUDGET | UNSECURED | 0.00 | * | 0.00 |  |
| 0009 | CB/PEEBLES | UNSECURED | 0.00 | * | 0.00 |  |
| 0010 | CCS/FIRST SAVINGS BANK | UNSECURED | 0.00 | * | 0.00 |  |
| 0011 | CALIBER HOME LOANS, INC | UNSECURED | 0.00 | * | 0.00 |  |
| 0012 | CAPITAL ONE | UNSECURED | 0.00 | * | 0.00 |  |
| 0014 | CAPITAL ONE AUTO FINANCE | UNSECURED | 11,589.57 | * | 0.00 |  |
| 0015 | CAPITAL ONE BANK (USA), N.A. | UNSECURED | 0.00 | * | 0.00 |  |
| 0016 | CAPITAL ONE BANK/BASS | UNSECURED | 0.00 | * | 0.00 |  |
| 0017 | CAREPOINT HEALTH CHRIST HOSPITAL | UNSECURED | 0.00 | * | 0.00 |  |
| 0018 | CARECENTRIX | UNSECURED | 0.00 | * | 0.00 |  |
| 0019 | CREDIT ONE BANK NA | UNSECURED | 0.00 | * | 0.00 |  |
| 0020 | DEL MONTE PODIATRY | UNSECURED | 0.00 | * | 0.00 |  |
| 0021 | DELTA STORAGE | UNSECURED | 0.00 | * | 0.00 |  |

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| 0022 | U.S. DEPARTMENT OF EDUCATION | UNSECURED | 37,180.83 | * | 0.00 | |
| 0024 | ENTERPRISE | UNSECURED | 0.00 | * | 0.00 | |
| 0025 | FNCC | UNSECURED | 0.00 | * | 0.00 | |
| 0027 | FIRST ENERGY/METRO EDISON | UNSECURED | 0.00 | * | 0.00 | |
| 0030 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 720.44 | * | 0.00 | |
| 0033 | FIRST SAVING BANK | UNSECURED | 0.00 | * | 0.00 | |
| 0036 | GUTHY RENKER | UNSECURED | 0.00 | * | 0.00 | |
| 0037 | HCO 60 EVERGREEN INTERNAL MEDICIN | UNSECURED | 0.00 | * | 0.00 | |
| 0038 | HOP ENERGY LLC | UNSECURED | 0.00 | * | 0.00 | |
| 0039 | HUDSON RIVER RADIOLOGY | UNSECURED | 0.00 | * | 0.00 | |
| 0040 | UNITED STATES TREASURY/IRS | PRIORITY | 0.00 | 100.00% | 0.00 | |
| 0041 | JERSEY CITY FIRE DEPT. | UNSECURED | 0.00 | * | 0.00 | |
| 0042 | JERSEY CITY MEDICAL CENTER | UNSECURED | 0.00 | * | 0.00 | |
| 0043 | JERSEY CITY MUNICIPAL UTILITY AUTHO | UNSECURED | 0.00 | * | 0.00 | |
| 0044 | KENSINGTON & ASSOCIATES | UNSECURED | 0.00 | * | 0.00 | |
| 0045 | LIBERTY SAVINGS FEDERAL CREDIT UNI | UNSECURED | 0.00 | * | 0.00 | |
| 0046 | LINCOLN EDUCATION SERVICE CORP | UNSECURED | 0.00 | * | 0.00 | |
| 0048 | MERRICK BANK | UNSECURED | 1,340.62 | * | 0.00 | |
| 0049 | MET-ED | UNSECURED | 0.00 | * | 0.00 | |
| 0050 | META SURGICAL ASSOCIATES | UNSECURED | 0.00 | * | 0.00 | |
| 0052 | NJ MEDICAL & HEALTH ASSOCIATES | UNSECURED | 0.00 | * | 0.00 | |
| 0054 | NEW JERSEY E-ZPASS | UNSECURED | 0.00 | * | 0.00 | |
| 0055 | NEW JERSEY UROLOGY | UNSECURED | 0.00 | * | 0.00 | |
| 0056 | ONE OAK MEDICAL GROUP LLC | UNSECURED | 0.00 | * | 0.00 | |
| 0057 | PSE&G | UNSECURED | 0.00 | * | 0.00 | |
| 0058 | POCONO MEDICAL CENTER | UNSECURED | 0.00 | * | 0.00 | |
| 0059 | PUBLISHERS CLEARING HOUSE | UNSECURED | 0.00 | * | 0.00 | |
| 0060 | PYRAMID HEALTHCARE, INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0061 | RWJ BARNABAS HEALTH | UNSECURED | 0.00 | * | 0.00 | |
| 0063 | SRP 2013-8, LLC | SECURED | 0.00 | 100.00% | 0.00 | |
| 0064 | SATELLITE RADIO | UNSECURED | 0.00 | * | 0.00 | |
| 0067 | SIMONS AGENCY INC | UNSECURED | 0.00 | * | 0.00 | |
| 0068 | SLEEP ON CALL | UNSECURED | 371.58 | * | 0.00 | |
| 0070 | STATE OF NJ | PRIORITY | 1,201.11 | 100.00% | 1,201.11 | |
| 0072 | LVNV FUNDING LLC | UNSECURED | 1,110.45 | * | 0.00 | |
| 0074 | TD BANK NA | UNSECURED | 0.00 | * | 0.00 | |
| 0075 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 757.26 | * | 0.00 | |
| 0076 | THE PALMER FIRM | UNSECURED | 0.00 | * | 0.00 | |
| 0077 | SELECT PORTFOLIO SERVICING INC | MORTGAGE ARR | 4,662.18 | 100.00% | 724.68 | |
| 0081 | VERIZON BY AMERICAN INFOSOURCE A | UNSECURED | 219.87 | * | 0.00 | |
| 0084 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 768.83 | * | 0.00 | |
| 0085 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 699.10 | * | 0.00 | |
| 0086 | UNITED STATES TREASURY/IRS | UNSECURED | 0.00 | * | 0.00 | |
| 0087 | LVNV FUNDING LLC | UNSECURED | 606.80 | * | 0.00 | |
| 0088 | LVNV FUNDING LLC | UNSECURED | 352.92 | * | 0.00 | |
| 0089 | VERIZON BY AMERICAN INFOSOURCE A | UNSECURED | 400.15 | * | 0.00 | |
| 0090 | AMERICAN EXPRESS NATIONAL BANK | UNSECURED | 11,641.34 | * | 0.00 | |
| 0091 | BUREAU OF HOUSING INSPECTION | UNSECURED | 12,174.00 | * | 0.00 | |
| 0092 | SELECT PORTFOLIO SERVICING INC | (NEW) MTG Agree | 4,999.75 | 100.00% | 777.15 | |

Total Paid: $3,587.32
See Summary

## LIST OF PAYMENTS TO CLAIMS    (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| ALLY CAPITAL | | | | | | |

**Chapter 13 Case # 22-15432**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| | 05/15/2023 | $648.66 | 910116 | | | | |
| SELECT PORTFOLIO SERVICING INC | 05/15/2023 | $724.68 | 909713 | | 05/15/2023 | $777.15 | 909713 |
| STATE OF NJ | 05/15/2023 | $1,201.11 | 910879 | | | | |

## SUMMARY

| |
|---|
| Summary of all receipts and disbursements from the date the case was filed , to and including: May 16, 2023. |
| Receipts: $4,340.00    -    Paid to Claims: $3,351.60    -    Admin Costs Paid: $235.72    =    Funds on Hand: $752.68 |
| Base Plan Amount: $56,020.00    -    Receipts: $4,340.00    =    Total Unpaid Balance: **$51,680.00 |

**NOTE**:  THIS IS AN APPROXIMATE BALANCE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY  AFFECT THE AMOUNT TO COMPLETE THE PLAN.