| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>**Marie-Ann Greenberg MAG-1284**<br>**Marie-Ann Greenberg, Standing Trustee**<br>**30 TWO BRIDGES ROAD**<br>**SUITE 330**<br>**FAIRFIELD, NJ  07004-1550**<br>**973-227-2840**<br>**Chapter 13 Standing Trustee** | |
| IN RE:<br><br>HENRY BELL, JR. | Case No.: 22-15432<br><br>Adv. No.:<br><br>Hearing Date: 5/3/2023<br><br>Judge: RG |

## CERTIFICATION OF SERVICE

1. I, Lauren O'Shea, am an administrator for Marie-Ann Greenberg, Chapter 13 Standing Trustee in the above captioned matter.

2. On, 5/17/2023, I sent a copy of the following pleadings and/or documents to the parties listed below:

    **proposed amended order confirming plan**

3. I hearby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Attorney for Debtor(s):
MOSHIE SOLOMON
LAW OFFICES OF MOSHIE SOLOMON, P.C.
ONE UNIVERSITY PLAZA,
SUITE 412
HACKENSACK, NJ  07601
Mode of Service:  regular mail

Debtor:
HENRY BELL, JR.
299 EGE AVENUE
JERSEY CITY, NJ  07304
Mode of Service:  Regular Mail

Dated:  May 17, 2023

By:  /S/  Lauren O'Shea
     Lauren O'Shea