**Marie-Ann Greenberg, MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

IN RE:

HENRY BELL, JR.

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**NEWARK VICINAGE**

**Chapter 13 Case No.:  22-15432 RG**

**CERTIFICATION IN SUPPORT OF DEFAULT**

I, Lauren O'Shea, being of full age certify that:

- I am an administrator for Marie-Ann Greenberg, Standing Trustee, and am familiar with the facts of this case.

- On 05/03/2023, the above Chapter 13 Petiton was scheduled for a Confirmation/Motion Hearing before the Honorable ROSEMARY GAMBARDELLA.

- Judge ROSEMARY GAMBARDELLA entered an Order directing the debtor(s) to:
    - provide the Trustee with a status of the personal injury claim
  by 08/15/2023.

- To date, the debtor(s) has not acted in accordance with said provisions.

- For the reasons set forth above, the Trustee recommends this case be dismissed.

- Any objection to this Certification of Default must be filed with the court and served upon the Chapter 13 Trustee within 14 days of 08/16/2023.

I hereby certify that the foregoing statements made by me are true to the best of my knowledge, information and belief.  I am aware that if any of the foregoing statements made by me are willingly false, I am subject to punishment.

Dated:  August 16, 2023

By:  /S/  Lauren O'Shea
Lauren O'Shea
Administrator