# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY
# NEWARK DIVISION

IN RE:                                                                                        CASE NO.: 22-15432

                                                                                                       CHAPTER 13

**Henry Bell, Jr.,**
   **Debtor.**

_____/

## REQUEST FOR SERVICE

     **PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of CSMC 2020-RPL2 Trust ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC**
**13010 MORRIS ROAD, SUITE 450**
**ALPHARETTA, GA 30004**

                                        Robertson, Anschutz, Schneid, Crane & Partners, PLLC
                                        Authorized Agent for Secured Creditor
                                        130 Clinton Rd #202
                                        Fairfield, NJ 07004
                                        Telephone: 470-321-7112

                                        By: <u>/s/Sindi Mncina</u>
                                             Sindi Mncina
                                             Email: smncina@raslg.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on November 7, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

HENRY BELL, JR.
299 EGE AVENUE
JERSEY CITY, NJ 07304

And via electronic mail to:

MOSHIE SOLOMON
LAW OFFICES OF MOSHIE SOLOMON, P.C.
2 UNIVERSITY PLAZA, SUITE 100
HACKENSACK, NJ 07601

MARIE-ANN GREENBERG
CHAPTER 13 STANDING TRUSTEE
30 TWO BRIDGES RD
SUITE 330
FAIRFIELD, NJ 07004-1550

U.S. TRUSTEE
US DEPT OF JUSTICE
OFFICE OF THE US TRUSTEE
ONE NEWARK CENTER STE 2100
NEWARK, NJ 07102

By: /s/ Amanda Nelson