MOSHIE SOLOMON
LAW OFFICES OF MOSHIE SOLOMON, P.C.
ONE UNIVERSITY PLAZA,
SUITE 412
HACKENSACK, NJ  07601

Re:  HENRY BELL, JR.
    299 EGE AVENUE
    JERSEY CITY,  NJ  07304

Atty:  MOSHIE SOLOMON
    LAW OFFICES OF MOSHIE SOLOMON, P.C.
    ONE UNIVERSITY PLAZA,
    SUITE 412
    HACKENSACK, NJ  07601

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/1/2024
Chapter 13 Case # 22-15432

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $56,020.00**

## RECEIPTS AS OF 01/01/2024     (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 07/25/2022 | $275.00 | 8607415000 | 09/06/2022 | $275.00 | 8687267000 |
| 10/03/2022 | $275.00 | 8743529000 | 11/03/2022 | $275.00 | 8805540000 |
| 12/05/2022 | $275.00 | 8865796000 | 01/06/2023 | $275.00 | 8923956000 |
| 02/06/2023 | $275.00 | 8982574000 | 03/06/2023 | $805.00 | 9037154000 |
| 04/04/2023 | $805.00 | 9093648000 | 05/04/2023 | $805.00 | 9149799000 |
| 06/05/2023 | $805.00 | 9205004000 | 07/03/2023 | $805.00 | 9256380000 |
| 08/04/2023 | $805.00 | 9313180000 | 09/05/2023 | $805.00 | 9364551000 |
| 10/05/2023 | $805.00 | 9418253000 | 11/03/2023 | $805.00 | 9466503000 |
| 12/04/2023 | $805.00 | 9513693000 | | | |

**Total Receipts:  $9,975.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $9,975.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/01/2024     (Please Read Across)

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| ALLY CAPITAL | | | | | | | |
| | 05/15/2023 | $648.66 | 910,116 | | 07/17/2023 | $152.43 | 913,091 |
| | 08/14/2023 | $227.03 | 914,609 | | 09/18/2023 | $227.03 | 916,110 |
| | 10/16/2023 | $227.03 | 917,604 | | 11/13/2023 | $223.39 | 919,032 |
| | 12/11/2023 | $223.39 | 920,455 | | | | |
| SELECT PORTFOLIO SERVICING INC | | | | | | | |
| | 05/15/2023 | $724.68 | 909,713 | | 05/15/2023 | $777.15 | 909,713 |
| | 07/17/2023 | $170.30 | 912,685 | | 07/17/2023 | $182.63 | 912,685 |
| | 08/14/2023 | $253.64 | 914,215 | | 08/14/2023 | $272.01 | 914,215 |
| | 09/18/2023 | $253.64 | 915,695 | | 09/18/2023 | $272.01 | 915,695 |
| | 10/16/2023 | $253.64 | 917,217 | | 10/16/2023 | $272.00 | 917,217 |
| | 11/13/2023 | $249.57 | 918,643 | | 11/13/2023 | $267.64 | 918,643 |
| | 12/11/2023 | $249.57 | 920,079 | | 12/11/2023 | $267.64 | 920,079 |

**Chapter 13 Case # 22-15432**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| STATE OF NJ | 05/15/2023 | $1,201.11 | 910,879 | | | | |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 702.60 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 1,000.00 | 100.00% | 1,000.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | ALLY CAPITAL | VEHICLE SECURE | 4,173.12 | 100.00% | 2,118.27 | |
| 0002 | AMERICAN EXPRESS BANK | UNSECURED | 18,242.00 | * | 0.00 | |
| 0005 | ATLANTIC MEDICAL GROUP | UNSECURED | 0.00 | * | 0.00 | |
| 0006 | BANK OF AMERICA | UNSECURED | 732.29 | * | 0.00 | |
| 0008 | BUDGET | UNSECURED | 0.00 | * | 0.00 | |
| 0009 | CB/PEEBLES | UNSECURED | 0.00 | * | 0.00 | |
| 0010 | CCS/FIRST SAVINGS BANK | UNSECURED | 0.00 | * | 0.00 | |
| 0011 | CALIBER HOME LOANS, INC | UNSECURED | 0.00 | * | 0.00 | |
| 0012 | CAPITAL ONE | UNSECURED | 0.00 | * | 0.00 | |
| 0014 | CAPITAL ONE AUTO FINANCE | UNSECURED | 11,589.57 | * | 0.00 | |
| 0015 | CAPITAL ONE BANK (USA), N.A. | UNSECURED | 0.00 | * | 0.00 | |
| 0016 | CAPITAL ONE BANK/BASS | UNSECURED | 0.00 | * | 0.00 | |
| 0017 | CAREPOINT HEALTH CHRIST HOSPITAL | UNSECURED | 0.00 | * | 0.00 | |
| 0018 | CARECENTRIX | UNSECURED | 0.00 | * | 0.00 | |
| 0019 | CREDIT ONE BANK NA | UNSECURED | 0.00 | * | 0.00 | |
| 0020 | DEL MONTE PODIATRY | UNSECURED | 0.00 | * | 0.00 | |
| 0021 | DELTA STORAGE | UNSECURED | 0.00 | * | 0.00 | |
| 0022 | U.S. DEPARTMENT OF EDUCATION | UNSECURED | 37,180.83 | * | 0.00 | |
| 0024 | ENTERPRISE | UNSECURED | 0.00 | * | 0.00 | |
| 0025 | FNCC | UNSECURED | 0.00 | * | 0.00 | |
| 0027 | FIRST ENERGY/METRO EDISON | UNSECURED | 0.00 | * | 0.00 | |
| 0030 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 720.44 | * | 0.00 | |
| 0033 | FIRST SAVING BANK | UNSECURED | 0.00 | * | 0.00 | |
| 0036 | GUTHY RENKER | UNSECURED | 0.00 | * | 0.00 | |
| 0037 | HCO 60 EVERGREEN INTERNAL MEDICIN | UNSECURED | 0.00 | * | 0.00 | |
| 0038 | HOP ENERGY LLC | UNSECURED | 0.00 | * | 0.00 | |
| 0039 | HUDSON RIVER RADIOLOGY | UNSECURED | 0.00 | * | 0.00 | |
| 0040 | UNITED STATES TREASURY/IRS | PRIORITY | 0.00 | 100.00% | 0.00 | |
| 0041 | JERSEY CITY FIRE DEPT. | UNSECURED | 0.00 | * | 0.00 | |
| 0042 | JERSEY CITY MEDICAL CENTER | UNSECURED | 0.00 | * | 0.00 | |
| 0043 | JERSEY CITY MUNICIPAL UTILITY AUTHO | UNSECURED | 0.00 | * | 0.00 | |
| 0044 | KENSINGTON & ASSOCIATES | UNSECURED | 0.00 | * | 0.00 | |
| 0045 | LIBERTY SAVINGS FEDERAL CREDIT UNI | UNSECURED | 0.00 | * | 0.00 | |
| 0046 | LINCOLN EDUCATION SERVICE CORP | UNSECURED | 0.00 | * | 0.00 | |
| 0048 | MERRICK BANK | UNSECURED | 1,340.62 | * | 0.00 | |
| 0049 | MET-ED | UNSECURED | 0.00 | * | 0.00 | |
| 0050 | META SURGICAL ASSOCIATES | UNSECURED | 0.00 | * | 0.00 | |
| 0052 | NJ MEDICAL & HEALTH ASSOCIATES | UNSECURED | 0.00 | * | 0.00 | |
| 0054 | NEW JERSEY E-ZPASS | UNSECURED | 0.00 | * | 0.00 | |
| 0055 | NEW JERSEY UROLOGY | UNSECURED | 0.00 | * | 0.00 | |
| 0056 | ONE OAK MEDICAL GROUP LLC | UNSECURED | 0.00 | * | 0.00 | |
| 0057 | PSE&G | UNSECURED | 0.00 | * | 0.00 | |
| 0058 | POCONO MEDICAL CENTER | UNSECURED | 0.00 | * | 0.00 | |
| 0059 | PUBLISHERS CLEARING HOUSE | UNSECURED | 0.00 | * | 0.00 | |
| 0060 | PYRAMID HEALTHCARE, INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0061 | RWJ BARNABAS HEALTH | UNSECURED | 0.00 | * | 0.00 | |
| 0063 | SRP 2013-8, LLC | SECURED | 0.00 | 100.00% | 0.00 | |
| 0064 | SATELLITE RADIO | UNSECURED | 0.00 | * | 0.00 | |

**Chapter 13 Case # 22-15432**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---:|---:|---:|---|
| 0067 | SIMONS AGENCY INC | UNSECURED | 0.00 | * | 0.00 | |
| 0068 | SLEEP ON CALL | UNSECURED | 371.58 | * | 0.00 | |
| 0070 | STATE OF NJ | PRIORITY | 1,201.11 | 100.00% | 1,201.11 | |
| 0072 | LVNV FUNDING LLC | UNSECURED | 1,110.45 | * | 0.00 | |
| 0074 | TD BANK NA | UNSECURED | 0.00 | * | 0.00 | |
| 0075 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 757.26 | * | 0.00 | |
| 0076 | THE PALMER FIRM | UNSECURED | 0.00 | * | 0.00 | |
| 0077 | SELECT PORTFOLIO SERVICING INC | MORTGAGE ARRE | 4,662.18 | 100.00% | 2,366.53 | |
| 0081 | VERIZON BY AMERICAN INFOSOURCE A | UNSECURED | 219.87 | * | 0.00 | |
| 0084 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 768.83 | * | 0.00 | |
| 0085 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 699.10 | * | 0.00 | |
| 0086 | UNITED STATES TREASURY/IRS | UNSECURED | 0.00 | * | 0.00 | |
| 0087 | LVNV FUNDING LLC | UNSECURED | 606.80 | * | 0.00 | |
| 0088 | LVNV FUNDING LLC | UNSECURED | 352.92 | * | 0.00 | |
| 0089 | VERIZON BY AMERICAN INFOSOURCE A | UNSECURED | 400.15 | * | 0.00 | |
| 0090 | AMERICAN EXPRESS NATIONAL BANK | UNSECURED | 11,641.34 | * | 0.00 | |
| 0091 | BUREAU OF HOUSING INSPECTION | UNSECURED | 12,174.00 | * | 0.00 | |
| 0092 | SELECT PORTFOLIO SERVICING INC | (NEW) MTG Agree | 4,999.75 | 100.00% | 2,537.89 | |
| 0093 | STATE OF NJ | PRIORITY | 113.00 | 100.00% | 113.00 | |

**Total Paid: $10,039.40**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 12, 2024.

Receipts: $9,975.00   -   Paid to Claims: $8,336.80   -   Admin Costs Paid: $1,702.60   =   Funds on Hand: $740.60

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.