Form 185 − ntc13plnafter

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

_____

Case No.:  22−15432−RG
Chapter:  13
Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Henry Bell Jr.
    299 Ege Avenue
    Jersey City, NJ 07304

Social Security No.:
    xxx−xx−5842

Employer's Tax I.D. No.:

_____

### NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
### AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on May 17, 2023.

On 6/27/2024 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Rosemary Gambardella on:

Date:              August 7, 2024
Time:              08:30 AM
Location:          Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark,
NJ 07102

Accordingly, notice is hereby given that,

1.    Seven (7) days prior to the confirmation hearing is fixed as the last day for filing
      a written rejection to the modified plan.

2.    Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder
      of a secure claim, such holders acceptance or rejection of the Plan before modification will
      be deemed acceptance or rejection of the Plan as modified, unless the holder changes such
      holders acceptance or rejection of the Plan within the time fixed.

3.    **If, at the confirmation hearing, the Court determines that the plan is not confirmable,
      the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: June 28, 2024
JAN: mlc

                                          Jeanne Naughton
                                          Clerk

United States Bankruptcy Court

District of New Jersey

| In re: | Case No. 22-15432-RG |
|---|---|
| Henry Bell, Jr. | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 5 |
|---|---|---|
| Date Rcvd: Jun 28, 2024 | Form ID: 185 | Total Noticed: 103 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 30, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Henry Bell, Jr., 299 Ege Avenue, Jersey City, NJ 07304-1001 |
| cr | + | CSMC 2020-RPL2 Trust, Robertson, Anschutz, Schneid, Crane & Pa, 13010 Morris Road., Suite 450, Alpharetta, GA 30004-2001 |
| sp | + | Rosenberg, Minc, Falkoff, and Wolff, LLP, 122 East 42nd Street, Suite 3800, New York, NY 10168-3399 |
| 519654493 | + | Brenda Bell, 6216 Decker Road, Bushkill, PA 18324-6801 |
| 519654494 | + | Budget, 6 Sylvan Way, Parsippany, NJ 07054-3826 |
| 519775310 | + | Bureau of Housing Inspection, PO BOX 810, Trenton, NJ 08625-0810 |
| 520075386 | + | CSMC 2020-RPL2 Trust, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road., Suite 450, Alpharetta, GA 30004-2001 |
| 519654495 | | Caliber Home Loans, Inc, 1301 Wireless Way, Oklahoma City, OK 73134 |
| 519654502 | | CarePoint Health Christ Hospital, 176 Palisade Avenue, Jersey City, NJ 07306-1121 |
| 519654501 | + | Carecentrix, PO Box 2011, Monroe, WI 53566-8079 |
| 519654506 | | Del Monte Podiatry, 150 Warren Street Ste 201, Jersey City, NJ 07302-6443 |
| 519654507 | + | Delta Storage, 71 New Hook Rd., Bayonne, NJ 07002-5006 |
| 519654508 | + | Dept Of Ed/582/Nelnet, PO Box 173904, Denver, CO 80217-3904 |
| 519654511 | + | Fedloan, Po Box 60610, Harrisburg, PA 17106-0610 |
| 519654520 | + | Gaetana Barba, 59 S. Windhorst Avenue, Bethpage, NY 11714-4931 |
| 519654521 | + | Goldman & Warshaw, P.C., PO Box 2500, Caldwell, NJ 07007-2500 |
| 519654523 | | HCO 60 Evergreen Internal Medicine, PO Box 767, South Orange, NJ 07079-0767 |
| 519654524 | + | Hop Energy LLC, c/o Frederic C. Goetz, Esq. LLC, 1011 Hudson Ave., PO Box 454, Ridgefield, NJ 07657-0454 |
| 519654525 | #+ | Hudson River Radiology, 120-152 48th Street, Union City, NJ 07087-6439 |
| 519654528 | + | Jersey City Medical Center, Att: Quality Asset Recovery LLC, PO Box 239, Gibbsboro, NJ 08026-0239 |
| 519654529 | + | Jersey City Municipal Utility Authority, Customer Service Center, 69 DeVoe Place, Hackensack, NJ 07601-6105 |
| 519654530 | + | Kensington & Associates, 39252 Winchester Road, Ste 107-265, Murrieta, CA 92563-3509 |
| 519654531 | + | Liberty Savings Federal Credit Union, 666 Newark Avenue, Jersey City, NJ 07306-2398 |
| 519654532 | + | Lincoln Education Service Corp, 502 W. Germantown Pk, Plymouth Meeting, PA 19462-1309 |
| 519654536 | + | Meta Surgical Associates, PO Box 337, Park Ridge, NJ 07656-0337 |
| 519654541 | | NJ Medical & Health Associates, DBA CarePoint Medical Group, Philadelphia, PA 19182-4276 |
| 519654540 | | New Jersey Urology, CL#7970, PO Box 95000, Philadelphia, PA 19195-0001 |
| 519654542 | + | One Oak Medical Group LLC, 342 Hamburg Turnpike, Suite 203, Wayne, NJ 07470-2166 |
| 519654543 | + | Pocono Medical Center, c/o Computer Credit Inc., 470 West Hanes Mill Road, Winston Salem, NC 27105-9102 |
| 519654546 | | Pyramid Healthcare, Inc., PO Box 3475, Toledo, OH 43607-0475 |
| 519654548 | | RWJ Barnabas Health, PO Box 2978, Muncie, IN 47307-0978 |
| 519654555 | + | SRP 2013-8, LLC, KML Law Group, PC, 701 Market Street, Ste 5000, Philadelphia, PA 19106-1541 |
| 519654549 | + | Satellite Radio, PO Box 78054, Phoenix, AZ 85062-8054 |
| 519654553 | + | Sleep on Call, c/o James C. Bender, Esq., 29 Columbia Tpk, Suite 302, Florham Park, NJ 07932-2240 |
| 519654554 | | Smileactive, PO Box 2031, Harlan, IA 51593-0074 |
| 519654556 | + | State of New Jersey Division of Taxation, PO Box 846, Trenton, NJ 08605-0846 |
| 519654557 | | State of New Jersey, Dept. of Community Affai, Bureau of Housing Inspection, 101 Broad Street, PO Box 810, Trenton, NJ 08625-0810 |
| 519655351 | + | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519654562 | + | The Palmer Firm, PO Box 1600, Rancho Cucamonga, CA 91729-1600 |

District/off: 0312-2                    User: admin                    Page 2 of 5

Date Rcvd: Jun 28, 2024                 Form ID: 185                    Total Noticed: 103

519654564        US Dept of Education, 101 Marietta Tower, Atlanta, GA 30323

TOTAL: 40

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: usanj.njbankr@usdoj.gov | Jun 28 2024 20:50:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 28 2024 20:50:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + Email/PDF: acg.acg.ebn@aisinfo.com | Jun 28 2024 21:03:10 | Ally Capital Department, AIS Portfolio Services, LP, 4515 N Santa Fe Ave, Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + Email/PDF: acg.acg.ebn@aisinfo.com | Jun 28 2024 20:47:35 | Ally Financial, AIS Portfolio Services, LP, 4515 N Santa Fe Ave, Dept APS, Oklahoma City, OK 73118-7901 |
| cr | + Email/PDF: acg.acg.ebn@aisinfo.com | Jun 28 2024 21:02:31 | Capital One Auto, AIS Portfolio Services, LP, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519656095 | + Email/PDF: acg.acg.ebn@aisinfo.com | Jun 28 2024 21:02:54 | Ally Capital, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519684460 | + Email/PDF: acg.acg.ebn@aisinfo.com | Jun 28 2024 21:02:04 | Ally Capital c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519657025 | + Email/PDF: acg.acg.ebn@aisinfo.com | Jun 28 2024 20:46:46 | Ally Financial, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519654487 | + Email/Text: ally@ebn.phinsolutions.com | Jun 28 2024 20:48:00 | Ally Financial, PO Box 380901, Minneapolis, MN 55438-0901 |
| 519654488 | + Email/PDF: bncnotices@becket-lee.com | Jun 28 2024 21:03:32 | American Express, PO Box 981537, El Paso, TX 79998-1537 |
| 519678969 | Email/PDF: bncnotices@becket-lee.com | Jun 28 2024 21:33:09 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519654490 | Email/Text: Atlanticus@ebn.phinsolutions.com | Jun 28 2024 20:48:00 | Aspire, PO Box 105555, Atlanta, GA 30348-5555 |
| 519654489 | ^ MEBN | Jun 28 2024 20:42:43 | Aspire, PO Box 650832, Dallas, TX 75265-0832 |
| 519654491 | Email/Text: EBN_Brea@meduitrcm.com | Jun 28 2024 20:49:00 | Atlantic Medical Group, c/o CMRE Financial Services Inc, 3075 E. Imperial Hwy, Suite 200, Brea, CA 92821-6753 |
| 519654492 | Email/Text: creditcardbkcorrespondence@bofa.com | Jun 28 2024 20:47:00 | Bank of America, PO Box 982234, El Paso, TX 79998-2234 |
| 519678243 | Email/Text: creditcardbkcorrespondence@bofa.com | Jun 28 2024 20:47:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 519654503 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 28 2024 20:49:00 | CB/Peebles, PO Box 182789, Columbus, OH 43218-2789 |
| 519654496 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 28 2024 21:02:35 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 519654497 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 28 2024 21:03:18 | Capital One, PO Box 6492, Carol Stream, IL 60197-6492 |
| 519654498 | + Email/PDF: acg.coaf.ebn@aisinfo.com | Jun 28 2024 21:02:29 | Capital One Auto Finance, 7933 Preston Road, Plano, TX 75024-2302 |
| 519657022 | + Email/PDF: acg.acg.ebn@aisinfo.com | | |

|  |  |  |  |
|---|---|---|---|
|  |  | Jun 28 2024 21:02:54 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519663818 | + Email/PDF: acg.acg.ebn@aisinfo.com |  |  |
|  |  | Jun 28 2024 21:14:58 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 519654499 | + Email/PDF: AIS.cocard.ebn@aisinfo.com |  |  |
|  |  | Jun 28 2024 21:02:58 | Capital One Bank (USA), N.A., 4851 Cox Road, Glen Allen, VA 23060-6293 |
| 519654500 | + Email/PDF: AIS.cocard.ebn@aisinfo.com |  |  |
|  |  | Jun 28 2024 20:47:00 | Capital One Bank/Bass, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 519654505 | + Email/PDF: creditonebknotifications@resurgent.com |  |  |
|  |  | Jun 28 2024 20:47:35 | Credit One Bank Na, PO Box 98875, Las Vegas, NV 89193-8875 |
| 519654509 | + Email/Text: electronicbkydocs@nelnet.net |  |  |
|  |  | Jun 28 2024 20:50:00 | Dept of Education/Nelnet, 121 S 13th St, Lincoln, NE 68508-1904 |
| 519654510 | + Email/Text: bankruptcynotifications@ehi.com |  |  |
|  |  | Jun 28 2024 20:48:00 | Enterprise, 600 Corporate Park Drive, Saint Louis, MO 63105-4211 |
| 519654519 | Email/Text: BNSFN@capitalsvcs.com |  |  |
|  |  | Jun 28 2024 20:48:00 | FNCC, 500 East 60th St North, Sioux Falls, SD 57104 |
| 519654513 | Email/Text: BNSFN@capitalsvcs.com |  |  |
|  |  | Jun 28 2024 20:48:00 | First National Bank, PO Box 2496, Omaha, NE 68103-2496 |
| 519654514 | Email/Text: BNSFN@capitalsvcs.com |  |  |
|  |  | Jun 28 2024 20:48:00 | First National Credit Card, PO Box 5097, Sioux Falls, SD 57117-5097 |
| 519654504 | Email/Text: BNSFS@capitalsvcs.com |  |  |
|  |  | Jun 28 2024 20:48:00 | CCS/First Savings Bank, 500 E 60th St N, Sioux Falls, SD 57104 |
| 519654518 | Email/Text: BNSFS@capitalsvcs.com |  |  |
|  |  | Jun 28 2024 20:48:00 | First Saving Bank, PO Box 5019, Sioux Falls, SD 57117-5019 |
| 519654512 | + Email/Text: bankruptcies@penncredit.com |  |  |
|  |  | Jun 28 2024 20:49:00 | First Energy/Metro Edison, c/o Penn Credit Corp, PO Box 1259, Dep. 91047, Oaks, PA 19456-1259 |
| 519654516 | Email/PDF: ais.fpc.ebn@aisinfo.com |  |  |
|  |  | Jun 28 2024 21:02:33 | First Premier Bank, PO Box 5524, Sioux Falls, SD 57117-5524 |
| 519654517 | Email/PDF: ais.fpc.ebn@aisinfo.com |  |  |
|  |  | Jun 28 2024 21:01:56 | First Premier Bank, PO Box 5519, Sioux Falls, SD 57117-5519 |
| 519654515 | + Email/PDF: ais.fpc.ebn@aisinfo.com |  |  |
|  |  | Jun 28 2024 20:46:52 | First Premier Bank, 601 S Minnesota Ave, Sioux Falls, SD 57104-4868 |
| 519654526 | Email/Text: sbse.cio.bnc.mail@irs.gov |  |  |
|  |  | Jun 28 2024 20:49:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 519680265 | Email/PDF: resurgentbknotifications@resurgent.com |  |  |
|  |  | Jun 28 2024 20:47:43 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519678114 | Email/PDF: MerrickBKNotifications@Resurgent.com |  |  |
|  |  | Jun 28 2024 20:46:59 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 519654533 | Email/PDF: MerrickBKNotifications@Resurgent.com |  |  |
|  |  | Jun 28 2024 20:46:44 | Merrick Bank, PO Box 660702, Dallas, TX 75266-0702 |
| 519654534 | + Email/PDF: MerrickBKNotifications@Resurgent.com |  |  |
|  |  | Jun 28 2024 20:46:42 | Merrick Bank Corp, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 519654535 | + Email/Text: BankruptcyEast@firstenergycorp.com |  |  |
|  |  | Jun 28 2024 20:49:00 | Met-Ed, PO Box 3687, Akron, OH 44309-3687 |
| 519654538 | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov |  |  |
|  |  | Jun 28 2024 20:48:00 | New Jersey Division of Taxation, Bankruptcy U, 50 Barrack Street, 9th Floor, P.O. Box 245, Trenton, NJ 08695-0267 |
| 519654539 | + Email/Text: bankruptcy_notifications@ccsusa.com |  |  |
|  |  | Jun 28 2024 20:50:00 | New Jersey E-ZPass, c/o Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2609 |
| 519704435 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com |  |  |
|  |  | Jun 28 2024 21:03:06 | Portfolio Recovery Associates, LLC, c/o The Bank |

District/off: 0312-2                        User: admin                        Page 4 of 5

Date Rcvd: Jun 28, 2024                     Form ID: 185                        Total Noticed: 103

| Recip ID | | Notice Type | Time | Name and Address |
|---|---|---|---|---|
| | | | | Of Missouri, POB 41067, Norfolk VA 23541 |
| 519654544 | ^ | MEBN | Jun 28 2024 20:45:57 | PSE&G, PO Box 709, Newark, NJ 07101-0709 |
| 519674150 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Jun 28 2024 20:50:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 519654545 | + | Email/Text: bankruptcies@penncredit.com | Jun 28 2024 20:49:00 | Publishers Clearing House, c/o Penn Credit Corp, 2800 Commerce Drive, Harrisburg, PA 17110-9307 |
| 519654547 | ^ | MEBN | Jun 28 2024 20:44:20 | Revco Solutions, PO Box 163279, Columbus, OH 43216-3279 |
| 519654551 | | Email/Text: EBN@seliplaw.com | Jun 28 2024 20:49:00 | Selip & Stylianou LLP, 10 Forest Avenue- Suite 300, PO Box 914, Paramus, NJ 07653-0914 |
| 519698126 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Jun 28 2024 20:48:00 | State of New Jersey, Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08695-0245 |
| 519654550 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jun 28 2024 20:50:00 | Select Portfolio Servicing Inc., Attn: Bankruptcy Dept., PO Box 65250, Salt Lake City, UT 84165-0250 |
| 519704689 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jun 28 2024 20:50:00 | Select Portfolio Servicing, Inc., as servicer for, P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 519654552 | + | Email/Text: clientservices@simonsagency.com | Jun 28 2024 20:50:00 | Simons Agency Inc, 4963 Wintersweet Dr, Liverpool, NY 13088-2176 |
| 519654558 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 28 2024 21:02:14 | Syncb/Car Care Pep Boy, PO Box 965036, Orlando, FL 32896-5036 |
| 519655351 | ^ | MEBN | Jun 28 2024 20:46:22 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519654559 | ^ | MEBN | Jun 28 2024 20:42:02 | Synergetic Communications Inc,, 5450 N.W. Central #220, Houston, TX 77092-2061 |
| 519654561 | ^ | MEBN | Jun 28 2024 20:41:08 | TD Bank Na, PO Box 1448, Greenville, SC 29602-1448 |
| 519654560 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Jun 28 2024 20:48:00 | Tbom/Atls/Aspire, 5 Concourse Pkwy Ste 400, Atlanta, GA 30328-9114 |
| 519654563 | + | Email/Text: ECMBKMail@Caliberhomeloans.com | Jun 28 2024 20:50:00 | U.S. Bank Trust N.A., as Trustee, 13801 Wireless Way, Oklahoma City, OK 73134-2500 |
| 519729496 | | Email/Text: EDBKNotices@ecmc.org | Jun 28 2024 20:47:00 | U.S. Department of Education, PO BOX 16448, St. Paul, MN, 55116-0448 |
| 519654565 | | Email/Text: EDBKNotices@ecmc.org | Jun 28 2024 20:47:00 | US Dept. of Education, Default Resolution Group, PO Box 5609, Greenville, TX 75403-5609 |
| 519698738 | + | Email/PDF: ebn_ais@aisinfo.com | Jun 28 2024 21:03:02 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519654566 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jun 28 2024 20:47:00 | Verizon Wireless Bankruptcy Administration, 500 Technology Drive, Weldon Spring, MO 63304-2225 |

TOTAL: 64

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519654537 | | N/A |
| 519698311 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519704437 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, |

Portfolio Recovery Associates, LLC, c/o The Bank Of Missouri, POB 41067, Norfolk VA 23541
519654522        ##+        Guthy Renker, c/o North Shore Agency, 112 W. Park Drive, Suite 200, Mount Laurel, NJ 08054-1261
519654527        ##+        Jersey City Fire Dept., 465 Marin Blvd., Jersey City, NJ 07302-2111

TOTAL: 1 Undeliverable, 2 Duplicate, 2 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 30, 2024                          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 28, 2024 at the address(es) listed below:**

**Name**                          **Email Address**

Denise E. Carlon
                                  on behalf of Creditor SRP 2013-8  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Kimberly A. Wilson
                                  on behalf of Creditor CSMC 2020-RPL2 Trust kimwilson@raslg.com

Marie-Ann Greenberg
                                  magecf@magtrustee.com

Moshie Solomon
                                  on behalf of Debtor Henry Bell  Jr. msolomon@moshiesolomonlaw.com, r56616@notify.bestcase.com

R. A. Lebron
                                  on behalf of Creditor Select Portfolio Servicing  Inc., as servicer for CSMC 2020-RPL2 Trust bankruptcy@fskslaw.com

Sindi Mncina
                                  on behalf of Creditor CSMC 2020-RPL2 Trust smncina@raslg.com

U.S. Trustee
                                  USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7