UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Moshie Solomon, Esq.
LAW OFFICES OF MOSHIE SOLOMON, P.C.
One University Plaza, Suite 412
Hackensack, NJ 07601
(201) 705-1470

Case No.: 22-15432
Chapter: 13

In Re:

HENRY BELL, JR.

Debtor.

Adv. No.:
Hearing Date: August 7, 2024 @ 8:30 a.m.
Judge: RG

## CERTIFICATION OF SERVICE

1. I, **Moshie Solomon**:

   ☒ represent **the Debtor** in this matter.

   ☐ am the secretary/paralegal for _____, who represents _____ in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On **July 8, 2024**, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

   Chapter 13 Plan and Motions

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: July 8, 2024

/s/ Moshie Solomon
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| SRP 2013-8, LLC<br>c/o KML Law Group, PC<br>701 Market Street, Ste 5000<br>Philadelphia, PA 19106<br>Attn: Denise Carlon, Esq. | Counsel to SRP 2013-8, LLC, Judgment Lien Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| State of New Jersey, Dept. of Community Affairs<br>Bureau of Housing Inspection<br>101 Broad Street, PO Box 810<br>Trenton, NJ 08625-0810 | Judgment Lien Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |