UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Moshie Solomon, Esq.
LAW OFFICES OF MOSHIE SOLOMON, P.C.
Two University Plaza, Suite 100
Hackensack, NJ 07601
(201) 705-1470

Case No.: 22-15432

Chapter: 13

In Re:

HENRY BELL, JR.

Debtor.

Adv. No.:

Hearing Date: August 7, 2024 @ 8:30 a.m.

Judge: RG

## CERTIFICATION OF SERVICE

1. I, __Moshie Solomon__ :

   ☒ represent __the Debtor__ in this matter.

   ☐ am the secretary/paralegal for _____, who represents _____ in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On __July 31, 2024__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

   Chapter 13 Plan and Motions and Notice of Chapter 13 Plan Transmittal

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: __July 31, 2024__        /s/ Moshie Solomon
                                Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| SRP 2013-8, LLC<br>c/o KML Law Group, PC<br>701 Market Street, Ste 5000<br>Philadelphia, PA 19106<br>Attn: Denise Carlon, Esq. | Counsel to SRP 2013-8, LLC, Judgment Lien Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| State of New Jersey, Dept. of Community Affairs<br>Bureau of Housing Inspection<br>101 Broad Street, PO Box 810<br>Trenton, NJ 08625-0810 | Judgment Lien Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Office of the Attorney General<br>New Jersey Attorney General Office<br>Division of Law<br>Richard J. Hughes Justice Complex<br>25 Market Street, P.O. Box 112<br>Trenton, NJ 08625-0112 | | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |