UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Moshie Solomon, Esq.
LAW OFFICES OF MOSHIE SOLOMON, P.C.
Two University Plaza, Suite 100
Hackensack, NJ 07601
(201) 705-1470

In Re:

HENRY BELL, JR.

Debtor.

Case No.: 22-15432
Chapter: 13
Adv. No.:
Hearing Date: August 7, 2024 @ 8:30 a.m.
Judge: RG

## CERTIFICATION OF SERVICE

1. I, **Moshie Solomon** :

    ☒ represent **the Debtor** in this matter.

    ☐ am the secretary/paralegal for _____, who represents _____ in this matter.

    ☐ am the _____ in this case and am representing myself.

2. On **August 2, 2024**, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

    Chapter 13 Plan and Motions and Notice of Chapter 13 Plan Transmittal

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: **August 5, 2024**          /s/ Moshie Solomon
                                  Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| SRP 2013-8, LLC<br>c/o Corporation Trust Company, as Agent<br>1209 Orange Street<br>Wilmington, DE 19801 | | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |