UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re:<br><br>HENRY BELL, JR. | Case No.: 22-15432<br>Chapter: 13<br>Judge: RG |

**NOTICE OF PROPOSED COMPROMISE or SETTLEMENT OF CONTROVERSY**

__Henry Bell, Jr.__, __Debtor__, in this case proposes a compromise, or to settle a claim and/or action as described below. If you object to the settlement or compromise, you must file a written objection with the Clerk of the United States Bankruptcy Court, and serve it on the person named below not later 7 days before the hearing date.

> Address of the Clerk:
> Martin Luther King, Jr. Federal Building
> 50 Walnut Street
> Newark, NJ 07102

If an objection is filed, a hearing will be held before the Honorable __Rosemary Gambardella__ on __November 6, 2024__ at __10:00__ a.m. at the United States Bankruptcy Court, courtroom no. __3E__, __50 Walnut Street, 3rd Floor, Newark, N.J. 07102__ (hearing to be scheduled for at least 28 days from the date of the filing of the notice). If no objection is filed the clerk will enter a *Certification of No Objection* and the settlement may be completed as proposed.

> Nature of action:
> Personal injury action currently pending in the Superior Court of New Jersey, Law Division, Essex County captioned Henry Bell, Jr., Plaintiff, against New Jersey Transit Rail Operations, Inc., Docket No. ESX-L-005075-20

> Pertinent terms of settlement:
> Defendant shall pay $325,000 to settle the personal injury action. Debtor's personal injury counsel is also seeking authorization for payment of its fees in the reduced amount of $90,000 and reimbursement of expenses in the reduced amount of $17,500. The proposed settlement, if approved, will result in 100% distribution to all filed and allowed claims in this chapter 13 case.

Objections must be served on, and requests for additional information directed to:

Name: Moshie Solomon, Esq,. Counsel to the Debtor

Address: Two University Plaza, Suite 100, Hackensack, NJ 07601

Telephone No.: (201) 705-1470

*rev.8/1/15*