UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
NEWARK DIVISION

In re:   　　　　　　　　　　　　　　　　　　　　　　　　CASE NO.: 22-15432
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　CHAPTER 13
**Henry Bell, Jr.,**
　**Debtor.**

_____/

## REQUEST FOR SERVICE

**PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of Shorebreak NPL Trust ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC
13010 MORRIS ROAD, SUITE 450
ALPHARETTA, GA 30004**

　　　　　　　　　　　　　　　　　　Robertson, Anschutz, Schneid, Crane &
　　　　　　　　　　　　　　　　　　Partners, PLLC
　　　　　　　　　　　　　　　　　　Attorney for Secured Creditor
　　　　　　　　　　　　　　　　　　13010 Morris Road, Suite 450
　　　　　　　　　　　　　　　　　　Alpharetta, GA   30004
　　　　　　　　　　　　　　　　　　Telephone: 470-321-7112
　　　　　　　　　　　　　　　　　　Facsimile: 404-393-1425

　　　　　　　　　　　　　　　　　　By: /s/Sherri Dicks
　　　　　　　　　　　　　　　　　　　　Sherri Dicks
　　　　　　　　　　　　　　　　　　　　Email: sdicks@raslg.com

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on October 14, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

HENRY BELL, JR.
299 EGE AVENUE
JERSEY CITY, NJ 07304

And via electronic mail to:

LAW OFFICES OF MOSHIE SOLOMON, P.C.
2 UNIVERSITY PLAZA
SUITE 100
HACKENSACK, NJ 07601

MARIE-ANN GREENBERG
CHAPTER 13 STANDING TRUSTEE
30 TWO BRIDGES RD
SUITE 330
FAIRFIELD, NJ 07004-1550

U.S. TRUSTEE
US DEPT OF JUSTICE
OFFICE OF THE US TRUSTEE
ONE NEWARK CENTER STE 2100
NEWARK, NJ 07102

By: /s/ Emily Cheng