Form loccrtno – loccrtnov27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 22–15432–RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Henry Bell Jr.
   299 Ege Avenue
   Jersey City, NJ 07304

Social Security No.:
   xxx–xx–5842

Employer's Tax I.D. No.:

## CERTIFICATION OF NO OBJECTION

I  Michele Cummings , Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed Notice of Proposed Compromise or Settlement of Controversy:

Description of Property (if applicable):

Personal Injury Action

Dated: November 1, 2024
JAN: mlc

Jeanne Naughton
Clerk