**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

-------------------------------------------------------x

In re:

HENRY BELL, JR.,

                Debtor.

-------------------------------------------------------x

**Order Filed on November 6, 2024**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

Chapter 13

Case No. 22-15432 (RG)

**ORDER (I) APPROVING SETTLEMENT AND (II) ALLOWING FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES OF ROSENBERG, MINC, FALKOFF, AND WOLFF, LLP AS SPECIAL LITIGATION COUNSEL TO THE DEBTOR**

The relief set forth on the following pages, numbered two (2) through four (4), is hereby **ORDERED**.

**DATED: November 6, 2024**

*Honorable Rosemary Gambardella*
United States Bankruptcy Judge

| | |
|---|---|
| Debtor: | Henry Bell, Jr. |
| Case No.: | 22-15432 (RG) |
| Caption of Order: | Order (I) Approving Settlement And (II) Allowing Final Compensation And Reimbursement Of Expenses Of Rosenberg, Minc, Falkoff, And Wolff, LLP As Special Litigation Counsel To The Debtor |

---

This matter having been brought before the Court on motion (the "Motion") of Henry Bell, Jr., debtor herein, for entry of an Order (i) approving a settlement (the "Settlement Agreement") of a personal injury action between the Debtor and New Jersey Transit Rail Operations, Inc. for the amount of $325,000 (the "Settlement Amount") under Rule 9019 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rule 9019-3 of the Local Rules of Bankruptcy Procedure for the District of New Jersey (the "Local Bankruptcy Rules"), and (ii) pursuant to section 330(a) of title 11 of the United States Code, Bankruptcy Rule 2016, and Local Bankruptcy Rule 2016-1, granting the final allowance, and approval of payment, of fair and reasonable compensation for professional services rendered on behalf of the Debtor by Rosenberg, Minc, Falkoff, and Wolff, LLP (the "Rosenberg Firm") through the date of the Motion; and the Court having reviewed the pleadings and documents filed in this matter; and for good cause shown, it is

ORDERED, that the Motion is granted to the extent set forth herein; and it is further

ORDERED, in accordance with Bankruptcy Rule 9019(a), the Debtor's decision to enter into the Settlement Agreement is reasonable and appropriate under the circumstances, satisfies all applicable standards, and is approved in all respects; and it is further

ORDERED, in accordance with Bankruptcy Rule 9019(a), the Debtor is authorized to enter into the Settlement Agreement and to execute such documents and instruments and take all actions reasonably necessary to implement its terms without further order of the Court; and it is further

| | |
|---|---|
| Debtor: | Henry Bell, Jr. |
| Case No.: | 22-15432 (RG) |
| Caption of Order: | Order (I) Approving Settlement And (II) Allowing Final Compensation And Reimbursement Of Expenses Of Rosenberg, Minc, Falkoff, And Wolff, LLP As Special Litigation Counsel To The Debtor |

---

ORDERED, that the compensation of the Rosenberg Firm for the fees incurred during the Fee Period is allowed in the amount of $90,000 (the "Fee Amount"); and it is further

ORDERED, that the reimbursement of reasonable expenses of the Rosenberg Firm that had been incurred during the Fee Period is allowed in the amount of $17,500 (the "Expenses"); and it is further

ORDERED, that, upon receipt of the Settlement Amount, the Rosenberg Firm is authorized and directed to pay the Fee Amount and Expenses from the Settlement Amount; and its further

ORDERED, that, upon receipt of the Settlement Amount, the Rosenberg Firm is authorized and directed to pay to the Trustee the balance to complete the Debtor's chapter 13 plan from the Settlement Amount in the amount of $125,000 by certified check, money order or attorney trust account check, payable to Marie-Ann Greenberg, Standing Trustee, and mailed to PO Box 520, Memphis, TN 38101-0520; and it is further

ORDERED, that, upon receipt of the Settlement Amount, the Rosenberg Firm is authorized and directed to pay to USClaims the amount of $36,300 from the Settlement Amount in full and final satisfaction of the litigation loan to the Debtor; and it is further

ORDERED, that, upon receipt of the Settlement Amount, the Rosenberg Firm is authorized and directed to pay to the Debtor the amount of $27,900 from the Settlement Amount for the Debtor's properly claimed exemption under Bankruptcy Code § 522(d)(11)(d); and it is further

Page **4** of **4**

| | |
|---|---|
| Debtor: | Henry Bell, Jr. |
| Case No.: | 22-15432 (RG) |
| Caption of Order: | Order (I) Approving Settlement And (II) Allowing Final Compensation And Reimbursement Of Expenses Of Rosenberg, Minc, Falkoff, And Wolff, LLP As Special Litigation Counsel To The Debtor |

---

ORDERED, that, upon receipt of the Settlement Amount, the Rosenberg Firm is authorized and directed to pay to the Debtor the balance of the Settlement Amount after all other payments have been made in accordance with the Order; and it is further

ORDERED, that the Court shall retain jurisdiction to hear and determine any matter or disputes arising from or relating to this Order or the matters addressed in the Motion.