Moshie Solomon
LAW OFFICES OF MOSHIE SOLOMON, P.C.
*Counsel to Debtor Henry Bell, Jr.*
Two University Plaza, Suite 100
Hackensack, NJ 07601
(201) 705-1470

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

---------------------------------------------------x
In re:

HENRY BELL, JR.,                                              Chapter 13
                                                              Case No. 22-15432 (RG)

                  Debtor.
---------------------------------------------------x

**WITHDRAWAL OF PROPOSED SECOND MODIFIED PLAN**

Henry Bell, Jr., debtor herein, through undersigned counsel, hereby withdraws the proposed Second Modified Plan, filed on June 27, 2024 (Dkt. No. 77).

Dated:  Hackensack, New Jersey
         November 13, 2024                   LAW OFFICES OF MOSHIE SOLOMON, P.C.

                                             /s/ Moshie Solomon
                                             Moshie Solomon, Esq.
                                             Two University Plaza, Suite 100
                                             Hackensack, New Jersey 07601
                                             Telephone: (201) 705-1470
                                             Facsimile:  (201) 705-1472

                                             *Counsel to Debtor Henry Bell, Jr.*