UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)
**Robertson, Anschutz, Schneid, Crane & Partners,
PLLC**
Authorized Agent for Secured Creditor
130 Clinton Road, Lobby B, Suite 202
Fairfield, NJ 07004
Telephone: 973-575-0707
Facsimile: 973-404-8886

Sherri R. Dicks, Esq. (004282003)

In re:

**Henry Bell, Jr.,**

                **Debtor.**

Case No.:    22-15432

Chapter:        13

Hearing Date:

Judge:        Rosemary Gambardella

## CERTIFICATION OF CREDITOR REGARDING POST PETITION PAYMENT HISTORY
### (NOTE AND MORTGAGE DATED SEPTEMBER 24, 2003)

_____**Erica Haro**_____, employed as ____**Document Control Officer**____ by
____**Select Portfolio Servicing, Inc.**____, hereby certifies the following:

Recorded on January 16, 2004, in Hudson County, in Book 10925 at Page 00184

Property Address: 299 Ege Ave., Jersey City, NJ 07304

Mortgage Holder: SHOREBREAK NPL TRUST

Mortgagor(s)/ Debtor(s): Henry Bell, Jr.

POST-PETITION PAYMENTS (Petition filed on 07/06/2022)

| Amount Due | Date Payment Was Due | How Payment Was Applied (Mo./Yr.) | Amount Received | Date Payment Received | Running Suspense |
|---|---|---|---|---|---|
| 1.  $1,250.35 | 08/01/2022 | 08/2022 | $1,250.35 | 08/30/2022 | $0.00 |
| 2.  $1,250.35 | 09/01/2022 | 09/2022 | $1,252.00 | 10/03/2022 | $1.65 |
| 3.  $1,250.35 | 10/01/2022 | 10/2022 | $1,250.35 | 01/12/2023 | $1.65 |

\

| Amount Due | Date Payment Was Due | How Payment Was Applied (Mo./Yr.) | Amount Received | Date Payment Received | Running Suspens |
|---|---|---|---|---|---|
| 4.  $1,250.35 | 11/01/2022 | 11/2022 | $0.00 | Agreed Order/Amended Plan | $0.00 |
| 5. $1,250.35 | 12/01/2022 | 12/2022 | $0.00 | Agreed Order/Amended Plan | $0.00 |
| 6. $1,250.35 | 01/01/2023 | 01/2023 | $0.00 | Agreed Order/Amended Plan | $0.00 |
| 7. $1,250.35 | 02/01/2023 | 02/2023 | $0.00 | Agreed Order/Amended Plan | $0.00 |
| 8. $1,250.35 | 03/01/2023 | 03/2023 | $1,250.35 | 03/08/2023 | $0.00 |
| 9. $1,250.35 | 04/01/2023 | 04/2023 | $1,250.35 | 04/10/2023 | $0.00 |
| 10. $1,250.35 | 05/01/2023 | 05/2023 | $1,250.35 | 05/10/2023 | $0.00 |
| 11. $1,250.35 | 06/01/2023 | 06/2023 | $1,250.35 | 06/09/2023 | $0.00 |
| 12. $1,250.35 | 07/01/2023 | 07/2023 | $1,250.35 | 07/10/2023 | $0.00 |
| 13. $1,250.35 | 08/01/2023 | 08/2023 | $1,250.35 | 08/10/2023 | $0.00 |
| 14. $0.00 | Partial Payment | Applied to Suspense | $1,250.35 | 09/13/2023 | $1,250.35 |
| 15. $1,869.10 | 09/01/2023 | 09/2023 | $1,869.10 | 10/13/2023 | $1,250.35 |
| 16. $1,869.10 | 10/01/2023 | 10/2023 | $1,869.10 | 11/16/2023 | $1,250.35 |
| 17. $1,869.10 | 11/01/2023 | 11/2023 | $1,869.10 | 12/15/2023 | $1,250.35 |
| 18. $1,869.10 | 12/01/2023 | 12/2023 | $1,869.10 | 01/16/2024 | $1,250.35 |
| 19. $1,869.10 | 01/01/2024 | 01/2024 | $1,869.10 | 02/15/2024 | $1,250.35 |
| 20. $1,869.10 | 02/01/2024 | 02/2024 | $1,869.10 | 03/18/2024 | $1,250.35 |
| 21. $1,869.10 | 03/01/2024 | 03/2024 | $1,869.10 | 04/19/2024 | $1,250.35 |

| 22. $1,869.10 | 04/01/2024 | 04/2024 | $1,869.10 | 05/23/2024 | $1,250.35 |
|---|---|---|---|---|---|
| 23. $1,869.10 | 05/01/2024 | 05/2024 | $1,869.10 | 06/26/2024 | $1,250.35 |
| 24. $1,869.10 | 06/01/2024 | 06/2024 | $1,869.10 | 07/29/2024 | $1,250.35 |
| 25. $2,403.85 | 07/01/2024 | 07/2024 | $1,869.10 | 09/26/2024 | $715.60 |
| 26. $3,387.75 | 08/01/2024 | N/A | $0.00 | N/A | $715.60 |
| 27. $3,387.75 | 09/01/2024 | N/A | $0.00 | N/A | $715.60 |
| 28. $3,387.75 | 10/01/2024 | N/A | $0.00 | N/A | $715.60 |
| TOTAL: $47,512.65 | N/A | N/A | $33,065.25 | N/A | $715.60 |

[Continue on attached sheets if necessary.]

Monthly payments past due: 3 mos. x $3,387.75 - $715.60 (Suspense Balance) = $9,447.65 as of October 3, 2024.

Each current monthly payment is comprised of:

| | |
|---|---|
| Principal/Interest | $1,225.90 |
| R.E. Taxes/Insurance: | $2,161.85 |
| Late Charge: | $0.00 |
| Other: | $0.00 |
| TOTAL | $3,387.75 |

If the monthly payment has changed during the pendency of the case, please explain (attach separate sheet(s) if necessary): (a) 08/01/2022 to $1,250.35 (b) 09/01/2023 to $1,869.10   (c) 07/01/2024 to $2,403.85 (d) 08/01/2024 to $3,387.75

Pre-petition arrears: $4,662.18

I certify under penalty of perjury that the above is true.

Date: NOVEMBER 7, 2024
Signature  Erica Haro

**Document Control Officer**

**Select Portfolio Servicing, Inc.**   *rev.8/1/15*

Select Portfolio Servicing, Inc.
3217 S. Decker Lake Dr., SLC, UT 84119