| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**Robertson, Anschutz, Schneid, Crane**<br>**& Partners, PLLC**<br>Authorized Agent for Secured Creditor<br>130 Clinton Road, Lobby B, Suite 202<br>Fairfield, NJ 07004<br>Telephone: 973-575-0707<br>Facsimile: 973-404-8886<br><br>Sherri R. Dicks, Esq. (004282003) | |
| In re:<br><br>**Henry Bell, Jr.,**<br>      **Debtor.** | Case No.:   22-15432<br><br>Chapter:   13<br><br>Hearing Date: December 4, 2024<br><br>Judge:   Rosemary Gambardella |

## STATEMENT AS TO WHY NO BRIEF IS NECESSARY

The within Notice of Motion requests relief from the automatic stay on the grounds set forth in the accompanying certification, that Debtor has failed to maintain monthly mortgage payments to the Secured Creditor.

As the facts which Secured Creditor relies upon, set forth in the accompanying Certification, and the basis for this motion do not present complicated questions of fact or unique questions of law, it is hereby submitted that no brief is necessary in the Court's consideration of the within Motion.

DATED: November 15, 2024

        **Robertson, Anschutz, Schneid, Crane**
        **& Partners, PLLC**
        130 Clinton Road, Lobby B, Suite 202
        Fairfield, NJ 07004
        Telephone: 973-575-0707 Ext. 51126
        Facsimile: 973-404-8886
        By:/s/Sherri R. Dicks_____
        Sherri R. Dicks, Esquire
        Email: sdicks@raslg.com