Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 22−15432−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Henry Bell Jr.
    299 Ege Avenue
    Jersey City, NJ 07304
Social Security No.:
    xxx−xx−5842
Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 12/18/24 at 10:00 AM

to consider and act upon the following:

*93* – Motion for Relief from Stay. Fee Amount $ 199. Filed by Sherri R. Dicks on behalf of Shorebreak NPL Trust. Hearing scheduled for 12/4/2024 at 10:00 AM at RG – Courtroom 3E, Newark. (Attachments: # 1 Notice of Hearing # 2 Proposed Order # 3 Certificate of Service # 4 Exhibit) (Rodriguez, Nathalie) INCORRECT HEARING DATE SET. Modified on 11/18/2024 (car).

Dated: 11/18/24

Jeanne Naughton
Clerk, U.S. Bankruptcy Court