BL9905983

# THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEW JERSEY, NEWARK DIVISION

IN RE: HENRY BELL JR.

Chapter: 13
Bankruptcy No: 22-15432-RG

## WITHDRAWAL OF CLAIM

American Express National Bank, by and through its counsel, withdraws its Proof of Claim Number 13 filed on September 6th, 2022, for account number 1009 and in the amount of $11,641.34.

Respectfully submitted,

By: /s/ Shraddha Bharatia

Shraddha Bharatia, Claims Administrator
Becket & Lee LLP
PO Box 3001
Malvern, PA 19355-0701
610-228-2570
proofofclaim@becket-lee.com

DATE:    11/20/2024