BL9905987

# THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEW JERSEY, NEWARK DIVISION

IN RE:  HENRY BELL JR.

Chapter: 13
Bankruptcy No: 22-15432-RG

## WITHDRAWAL OF CLAIM

American Express National Bank, by and through its counsel, withdraws its Proof of Claim Number 7 filed on August 11th, 2022, for account number 1006 and in the amount of $18,242.00.

Respectfully submitted,

By:  /s/ Shraddha Bharatia

Shraddha Bharatia, Claims Administrator
Becket & Lee LLP
PO Box 3001
Malvern, PA 19355-0701
610-228-2570
proofofclaim@becket-lee.com

DATE:        11/20/2024