Form 137 − aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 22−15432−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Henry Bell Jr.
   299 Ege Avenue
   Jersey City, NJ 07304

Social Security No.:
   xxx−xx−5842

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

   NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Rosemary Gambardella on:

Date:      1/15/25
Time:      10:00 AM
Location:  Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

   The following applications for compensation have been filed:

APPLICANT(S)
Moshie Solomon, Debtor's Attorney

COMMISSION OR FEES
$7,280.00

EXPENSES
$0.00

If this is a chapter 13 case, the fees and expenses awarded:

   ☑   will not reduce the amount to be paid to general unsecured
       creditors under the plan.

   ☐   will reduce the amount to be paid to general unsecured
       creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

   An appearance is not required on an application for compensation unless an objection is filed.

Dated: December 11, 2024
JAN:

                                                    Jeanne Naughton
                                                    Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 22-15432-RG |
| Henry Bell, Jr. | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 5 |
| Date Rcvd: Dec 11, 2024 | Form ID: 137 | Total Noticed: 104 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 13, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Henry Bell, Jr., 299 Ege Avenue, Jersey City, NJ 07304-1001 |
| cr | + | CSMC 2020-RPL2 Trust, Robertson, Anschutz, Schneid, Crane & Pa, 13010 Morris Road., Suite 450, Alpharetta, GA 30004-2001 |
| sp | + | Rosenberg, Minc, Falkoff, and Wolff, LLP, 122 East 42nd Street, Suite 3800, New York, NY 10168-3399 |
| cr | + | Shorebreak NPL Trust, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road, Suite 450, Alpharetta, GA 30004, UNITED STATES 30004-2001 |
| 519654493 | + | Brenda Bell, 6216 Decker Road, Bushkill, PA 18324-6801 |
| 519654494 | + | Budget, 6 Sylvan Way, Parsippany, NJ 07054-3826 |
| 519775310 | + | Bureau of Housing Inspection, PO BOX 810, Trenton, NJ 08625-0810 |
| 520075386 | + | CSMC 2020-RPL2 Trust, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road., Suite 450, Alpharetta, GA 30004-2001 |
| 519654495 | | Caliber Home Loans, Inc, 1301 Wireless Way, Oklahoma City, OK 73134 |
| 519654502 | | CarePoint Health Christ Hospital, 176 Palisade Avenue, Jersey City, NJ 07306-1121 |
| 519654501 | + | Carecentrix, PO Box 2011, Monroe, WI 53566-8079 |
| 519654506 | | Del Monte Podiatry, 150 Warren Street Ste 201, Jersey City, NJ 07302-6443 |
| 519654507 | + | Delta Storage, 71 New Hook Rd., Bayonne, NJ 07002-5006 |
| 519654508 | + | Dept Of Ed/582/Nelnet, PO Box 173904, Denver, CO 80217-3904 |
| 519654511 | + | Fedloan, Po Box 60610, Harrisburg, PA 17106-0610 |
| 519654520 | + | Gaetana Barba, 59 S. Windhorst Avenue, Bethpage, NY 11714-4931 |
| 519654521 | + | Goldman & Warshaw, P.C., PO Box 2500, Caldwell, NJ 07007-2500 |
| 519654523 | | HCO 60 Evergreen Internal Medicine, PO Box 767, South Orange, NJ 07079-0767 |
| 519654524 | + | Hop Energy LLC, c/o Frederic C. Goetz, Esq. LLC, 1011 Hudson Ave., PO Box 454, Ridgefield, NJ 07657-0454 |
| 519654528 | + | Jersey City Medical Center, Att: Quality Asset Recovery LLC, PO Box 239, Gibbsboro, NJ 08026-0239 |
| 519654529 | + | Jersey City Municipal Utility Authority, Customer Service Center, 69 DeVoe Place, Hackensack, NJ 07601-6105 |
| 519654530 | + | Kensington & Associates, 39252 Winchester Road, Ste 107-265, Murrieta, CA 92563-3509 |
| 519654532 | + | Lincoln Education Service Corp, 502 W. Germantown Pk, Plymouth Meeting, PA 19462-1309 |
| 519654536 | + | Meta Surgical Associates, PO Box 337, Park Ridge, NJ 07656-0337 |
| 519654541 | | NJ Medical & Health Associates, DBA CarePoint Medical Group, Philadelphia, PA 19182-4276 |
| 519654540 | | New Jersey Urology, CL#7970, PO Box 95000, Philadelphia, PA 19195-0001 |
| 519654542 | + | One Oak Medical Group LLC, 342 Hamburg Turnpike, Suite 203, Wayne, NJ 07470-2166 |
| 519654543 | + | Pocono Medical Center, c/o Computer Credit Inc., 470 West Hanes Mill Road, Winston Salem, NC 27105-9102 |
| 519654546 | | Pyramid Healthcare, Inc., PO Box 3475, Toledo, OH 43607-0475 |
| 519654548 | | RWJ Barnabas Health, PO Box 2978, Muncie, IN 47307-0978 |
| 519654555 | + | SRP 2013-8, LLC, KML Law Group, PC, 701 Market Street, Ste 5000, Philadelphia, PA 19106-1541 |
| 519654549 | + | Satellite Radio, PO Box 78054, Phoenix, AZ 85062-8054 |
| 520422105 | + | Shorebreak NPL Trust, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road, Suite 450, Alpharetta, GA 30004-2001 |
| 519654553 | + | Sleep on Call, c/o James C. Bender, Esq., 29 Columbia Tpk, Suite 302, Florham Park, NJ 07932-2240 |
| 519654554 | | Smileactive, PO Box 2031, Harlan, IA 51593-0074 |
| 519654556 | + | State of New Jersey Division of Taxation, PO Box 846, Trenton, NJ 08605-0846 |
| 519654557 | | State of New Jersey, Dept. of Community Affai, Bureau of Housing Inspection, 101 Broad Street, PO Box 810, Trenton, NJ 08625-0810 |
| 519654562 | + | The Palmer Firm, PO Box 1600, Rancho Cucamonga, CA 91729-1600 |
| 519654564 | | US Dept of Education, 101 Marietta Tower, Atlanta, GA 30323 |

TOTAL: 39

District/off: 0312-2 User: admin Page 2 of 5
Date Rcvd: Dec 11, 2024 Form ID: 137 Total Noticed: 104

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: usanj.njbankr@usdoj.gov | Dec 11 2024 20:38:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 11 2024 20:38:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + Email/PDF: acg.acg.ebn@aisinfo.com | Dec 11 2024 20:53:33 | Ally Capital Department, AIS Portfolio Services, LP, 4515 N Santa Fe Ave, Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + Email/PDF: acg.acg.ebn@aisinfo.com | Dec 11 2024 20:42:02 | Ally Financial, AIS Portfolio Services, LP, 4515 N Santa Fe Ave, Dept APS, Oklahoma City, OK 73118-7901 |
| cr | + Email/PDF: acg.acg.ebn@aisinfo.com | Dec 11 2024 20:53:35 | Capital One Auto, AIS Portfolio Services, LP, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519656095 | + Email/PDF: acg.acg.ebn@aisinfo.com | Dec 11 2024 20:53:33 | Ally Capital, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519684460 | + Email/PDF: acg.acg.ebn@aisinfo.com | Dec 11 2024 20:42:19 | Ally Capital c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519657025 | + Email/PDF: acg.acg.ebn@aisinfo.com | Dec 11 2024 20:42:37 | Ally Financial, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519654487 | + Email/Text: ally@ebn.phinsolutions.com | Dec 11 2024 20:36:00 | Ally Financial, PO Box 380901, Minneapolis, MN 55438-0901 |
| 519654488 | + Email/PDF: bncnotices@becket-lee.com | Dec 11 2024 20:42:22 | American Express, PO Box 981537, El Paso, TX 79998-1537 |
| 519678969 | Email/PDF: bncnotices@becket-lee.com | Dec 11 2024 21:14:55 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519654490 | Email/Text: Atlanticus@ebn.phinsolutions.com | Dec 11 2024 20:36:00 | Aspire, PO Box 105555, Atlanta, GA 30348-5555 |
| 519654489 | ^ MEBN | Dec 11 2024 20:30:03 | Aspire, PO Box 650832, Dallas, TX 75265-0832 |
| 519654491 | Email/Text: EBN_Brea@meduitrcm.com | Dec 11 2024 20:37:00 | Atlantic Medical Group, c/o CMRE Financial Services Inc, 3075 E. Imperial Hwy, Suite 200, Brea, CA 92821-6753 |
| 519654492 | Email/Text: creditcardbkcorrespondence@bofa.com | Dec 11 2024 20:36:00 | Bank of America, PO Box 982234, El Paso, TX 79998-2234 |
| 519678243 | Email/Text: creditcardbkcorrespondence@bofa.com | Dec 11 2024 20:36:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 519654503 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 11 2024 20:38:00 | CB/Peebles, PO Box 182789, Columbus, OH 43218-2789 |
| 519654496 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 11 2024 20:42:28 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 519654497 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 11 2024 20:42:02 | Capital One, PO Box 6492, Carol Stream, IL 60197-6492 |
| 519654498 | + Email/PDF: acg.coaf.ebn@aisinfo.com | Dec 11 2024 20:42:20 | Capital One Auto Finance, 7933 Preston Road, Plano, TX 75024-2302 |
| 519657022 | + Email/PDF: acg.acg.ebn@aisinfo.com | Dec 11 2024 20:53:00 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519663818 | + Email/PDF: acg.acg.ebn@aisinfo.com | Dec 11 2024 20:42:40 | Capital One Auto Finance, a division of Capital |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | On, P.O. Box 4360, Houston, TX 77210-4360 |
| 519654499 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 11 2024 20:42:19 | Capital One Bank (USA), N.A., 4851 Cox Road, Glen Allen, VA 23060-6293 |
| 519654500 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 11 2024 21:04:17 | Capital One Bank/Bass, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 519654505 | + | Email/PDF: creditonebknotifications@resurgent.com | Dec 11 2024 20:42:28 | Credit One Bank Na, PO Box 98875, Las Vegas, NV 89193-8875 |
| 519654509 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Dec 11 2024 20:38:00 | Dept of Education/Nelnet, 121 S 13th St, Lincoln, NE 68508-1904 |
| 519654510 | + | Email/Text: bankruptcynotifications@ehi.com | Dec 11 2024 20:36:00 | Enterprise, 600 Corporate Park Drive, Saint Louis, MO 63105-4211 |
| 519654519 | | Email/Text: BNSFN@capitalsvcs.com | Dec 11 2024 20:37:00 | FNCC, 500 East 60th St North, Sioux Falls, SD 57104 |
| 519654513 | | Email/Text: BNSFN@capitalsvcs.com | Dec 11 2024 20:37:00 | First National Bank, PO Box 2496, Omaha, NE 68103-2496 |
| 519654514 | | Email/Text: BNSFN@capitalsvcs.com | Dec 11 2024 20:37:00 | First National Credit Card, PO Box 5097, Sioux Falls, SD 57117-5097 |
| 519654504 | | Email/Text: BNSFS@capitalsvcs.com | Dec 11 2024 20:37:00 | CCS/First Savings Bank, 500 E 60th St N, Sioux Falls, SD 57104 |
| 519654518 | | Email/Text: BNSFS@capitalsvcs.com | Dec 11 2024 20:37:00 | First Saving Bank, PO Box 5019, Sioux Falls, SD 57117-5019 |
| 519654512 | + | Email/Text: bankruptcies@penncredit.com | Dec 11 2024 20:37:00 | First Energy/Metro Edison, c/o Penn Credit Corp, PO Box 1259, Dep. 91047, Oaks, PA 19456-1259 |
| 519654516 | | Email/PDF: ais.fpc.ebn@aisinfo.com | Dec 11 2024 20:42:40 | First Premier Bank, PO Box 5524, Sioux Falls, SD 57117-5524 |
| 519654517 | | Email/PDF: ais.fpc.ebn@aisinfo.com | Dec 11 2024 20:42:35 | First Premier Bank, PO Box 5519, Sioux Falls, SD 57117-5519 |
| 519654515 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Dec 11 2024 20:53:34 | First Premier Bank, 601 S Minnesota Ave, Sioux Falls, SD 57104-4868 |
| 519654526 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 11 2024 20:38:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 519680265 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 11 2024 20:42:04 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519654531 | | ^ MEBN | Dec 11 2024 20:32:26 | Liberty Savings Federal Credit Union, 666 Newark Avenue, Jersey City, NJ 07306-2398 |
| 519678114 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 11 2024 20:42:06 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 519654533 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 11 2024 20:42:01 | Merrick Bank, PO Box 660702, Dallas, TX 75266-0702 |
| 519654534 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 11 2024 20:42:39 | Merrick Bank Corp, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 519654535 | + | Email/Text: BankruptcyEast@firstenergycorp.com | Dec 11 2024 20:38:00 | Met-Ed, PO Box 3687, Akron, OH 44309-3687 |
| 519654538 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Dec 11 2024 20:36:00 | New Jersey Division of Taxation, Bankruptcy U, 50 Barrack Street, 9th Floor, P.O. Box 245, Trenton, NJ 08695-0267 |
| 519654539 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Dec 11 2024 20:39:00 | New Jersey E-ZPass, c/o Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2609 |
| 519704435 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 11 2024 20:53:19 | Portfolio Recovery Associates, LLC, c/o The Bank Of Missouri, POB 41067, Norfolk VA 23541 |
| 519654544 | | ^ MEBN | | |

Case 22-15432-RG   Doc 101   Filed 12/13/24   Entered 12/14/24 00:16:47   Desc Imaged
Certificate of Notice   Page 6 of 7

| District/off: 0312-2 | User: admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Dec 11, 2024 | Form ID: 137 | Total Noticed: 104 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Dec 11 2024 20:32:58 | PSE&G, PO Box 709, Newark, NJ 07101-0709 |
| 519674150 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Dec 11 2024 20:39:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 519654545 | + | Email/Text: bankruptcies@penncredit.com | Dec 11 2024 20:37:00 | Publishers Clearing House, c/o Penn Credit Corp, 2800 Commerce Drive, Harrisburg, PA 17110-9307 |
| 519654547 | ^ | MEBN | Dec 11 2024 20:31:45 | Revco Solutions, PO Box 163279, Columbus, OH 43216-3279 |
| 519654551 | | Email/Text: EBN@seliplaw.com | Dec 11 2024 20:37:00 | Selip & Stylianou LLP, 10 Forest Avenue- Suite 300, PO Box 914, Paramus, NJ 07653-0914 |
| 519698126 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Dec 11 2024 20:36:00 | State of New Jersey, Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08695-0245 |
| 519654550 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Dec 11 2024 20:39:00 | Select Portfolio Servicing Inc., Attn: Bankruptcy Dept., PO Box 65250, Salt Lake City, UT 84165-0250 |
| 519704689 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Dec 11 2024 20:39:00 | Select Portfolio Servicing, Inc., as servicer for, P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 519654552 | + | Email/Text: clientservices@simonsagency.com | Dec 11 2024 20:39:00 | Simons Agency Inc, 4963 Wintersweet Dr, Liverpool, NY 13088-2176 |
| 519654558 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 11 2024 20:52:59 | Syncb/Car Care Pep Boy, PO Box 965036, Orlando, FL 32896-5036 |
| 519655351 | ^ | MEBN | Dec 11 2024 20:32:16 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519654559 | ^ | MEBN | Dec 11 2024 20:31:40 | Synergetic Communications Inc,, 5450 N.W. Central #220, Houston, TX 77092-2061 |
| 519654561 | + | Email/Text: bankruptcy@td.com | Dec 11 2024 20:38:00 | TD Bank Na, PO Box 1448, Greenville, SC 29602-1448 |
| 519654560 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Dec 11 2024 20:36:00 | Tbom/Atls/Aspire, 5 Concourse Pkwy Ste 400, Atlanta, GA 30328-9114 |
| 519654563 | + | Email/Text: ECMBKMail@Caliberhomeloans.com | Dec 11 2024 20:39:00 | U.S. Bank Trust N.A., as Trustee, 13801 Wireless Way, Oklahoma City, OK 73134-2500 |
| 519729496 | | Email/Text: EDBKNotices@ecmc.org | Dec 11 2024 20:36:00 | U.S. Department of Education, PO BOX 16448, St. Paul, MN, 55116-0448 |
| 519654565 | | Email/Text: EDBKNotices@ecmc.org | Dec 11 2024 20:36:00 | US Dept. of Education, Default Resolution Group, PO Box 5609, Greenville, TX 75403-5609 |
| 519698738 | + | Email/PDF: ebn_ais@aisinfo.com | Dec 11 2024 20:42:43 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519654566 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Dec 11 2024 20:36:00 | Verizon Wireless Bankruptcy Administration, 500 Technology Drive, Weldon Spring, MO 63304-2225 |

TOTAL: 65

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519654537 | | N/A |
| 519698311 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519704437 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, c/o The Bank Of Missouri, POB 41067, Norfolk VA 23541 |
| 519654522 | ##+ | Guthy Renker, c/o North Shore Agency, 112 W. Park Drive, Suite 200, Mount Laurel, NJ 08054-1261 |

| 519654525 | ##+ | Hudson River Radiology, 120-152 48th Street, Union City, NJ 07087-6439 |
| 519654527 | ##+ | Jersey City Fire Dept., 465 Marin Blvd., Jersey City, NJ 07302-2111 |

TOTAL: 1 Undeliverable, 2 Duplicate, 3 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 13, 2024     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 10, 2024 at the address(es) listed below:**

**Name**          **Email Address**

Denise E. Carlon
    on behalf of Creditor SRP 2013-8 LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Kimberly A. Wilson
    on behalf of Creditor CSMC 2020-RPL2 Trust kimwilson@raslg.com

Marie-Ann Greenberg
    magecf@magtrustee.com

Moshie Solomon
    on behalf of Debtor Henry Bell Jr. msolomon@moshiesolomonlaw.com, r56616@notify.bestcase.com

R. A. Lebron
    on behalf of Creditor Select Portfolio Servicing Inc., as servicer for CSMC 2020-RPL2 Trust bankruptcy@fskslaw.com

Sherri R. Dicks
    on behalf of Creditor Shorebreak NPL Trust sdicks@raslg.com shrdlaw@hotmail.com

Sindi Mncina
    on behalf of Creditor CSMC 2020-RPL2 Trust smncina@raslg.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 8