MOSHIE SOLOMON
LAW OFFICES OF MOSHIE SOLOMON, P.C.
ONE UNIVERSITY PLAZA,
SUITE 412
HACKENSACK, NJ  07601

Re:  HENRY BELL, JR.
     299 EGE AVENUE
     JERSEY CITY,  NJ  07304

Atty:  MOSHIE SOLOMON
      LAW OFFICES OF MOSHIE SOLOMON, P.C.
      ONE UNIVERSITY PLAZA,
      SUITE 412
      HACKENSACK, NJ  07601

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/1/2025**
Chapter 13 Case # 22-15432

## RECEIPTS AS OF 01/01/2025 (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 07/25/2022 | $275.00 | 8607415000 | 09/06/2022 | $275.00 | 8687267000 |
| 10/03/2022 | $275.00 | 8743529000 | 11/03/2022 | $275.00 | 8805540000 |
| 12/05/2022 | $275.00 | 8865796000 | 01/06/2023 | $275.00 | 8923956000 |
| 02/06/2023 | $275.00 | 8982574000 | 03/06/2023 | $805.00 | 9037154000 |
| 04/04/2023 | $805.00 | 9093648000 | 05/04/2023 | $805.00 | 9149799000 |
| 06/05/2023 | $805.00 | 9205004000 | 07/03/2023 | $805.00 | 9256380000 |
| 08/04/2023 | $805.00 | 9313180000 | 09/05/2023 | $805.00 | 9364551000 |
| 10/05/2023 | $805.00 | 9418253000 | 11/03/2023 | $805.00 | 9466503000 |
| 12/04/2023 | $805.00 | 9513693000 | 01/05/2024 | $805.00 | 9567383000 |
| 02/05/2024 | $805.00 | 9617518000 | 03/04/2024 | $805.00 | 9666538000 |
| 04/05/2024 | $805.00 | 9720664000 | 05/02/2024 | $805.00 | 9765387000 |
| 06/05/2024 | $805.00 | 9820355000 | 07/08/2024 | $805.00 | 9868797000 |
| 07/08/2024 | $275.00 | 9868807000 | 07/11/2024 | ($805.00) | 9868797000 |
| 07/25/2024 | $733.00 | | 08/12/2024 | $1,008.00 | |
| 09/12/2024 | $1,008.00 | | 10/15/2024 | $1,008.00 | |
| 11/13/2024 | $1,008.00 | | 12/12/2024 | $1,008.00 | |
| 12/30/2024 | $83,818.42 | ROBERT 01575 | | | |

**Total Receipts: $104,671.42  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $104,671.42**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/01/2025 (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| ALLY CAPITAL | | | | | | |
| | 05/15/2023 | $648.66 | 910,116 | 07/17/2023 | $152.43 | 913,091 |
| | 08/14/2023 | $227.03 | 914,609 | 09/18/2023 | $227.03 | 916,110 |
| | 10/16/2023 | $227.03 | 917,604 | 11/13/2023 | $223.39 | 919,032 |
| | 12/11/2023 | $223.39 | 920,455 | 01/08/2024 | $189.31 | 921,844 |
| | 02/12/2024 | $223.39 | 923,193 | 03/11/2024 | $223.39 | 924,648 |
| | 04/15/2024 | $223.39 | 926,075 | 05/10/2024 | $223.39 | 927,557 |

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| | 06/17/2024 | $223.39 | 928,957 | 07/15/2024 | $223.39 | 930,448 |
| | 07/15/2024 | ($223.39) | 930,448 | 07/15/2024 | $223.39 | 931,432 |
| | 08/19/2024 | $229.27 | 931,856 | 09/16/2024 | $288.85 | 933,320 |
| | 10/21/2024 | $196.39 | 934,720 | | | |
| **AMERICAN EXPRESS BANK** | | | | | | |
| | 10/21/2024 | $54.68 | 8,004,294 | 11/18/2024 | $174.75 | 8,004,339 |
| **AMERICAN EXPRESS NATIONAL BANK** | | | | | | |
| | 10/21/2024 | $34.89 | 934,727 | 11/18/2024 | $111.52 | 936,208 |
| **BANK OF AMERICA** | | | | | | |
| | 11/18/2024 | $9.21 | 935,831 | | | |
| **BUREAU OF HOUSING INSPECTION** | | | | | | |
| | 10/21/2024 | $36.49 | 934,782 | 11/18/2024 | $116.62 | 936,265 |
| **CAPITAL ONE AUTO FINANCE** | | | | | | |
| | 10/21/2024 | $34.74 | 934,790 | 11/18/2024 | $111.02 | 936,271 |
| **JEFFERSON CAPITAL SYSTEMS LLC** | | | | | | |
| | 11/18/2024 | $9.06 | 8,004,335 | 11/18/2024 | $9.67 | 8,004,335 |
| **LVNV FUNDING LLC** | | | | | | |
| | 11/18/2024 | $7.63 | 936,544 | 11/18/2024 | $13.97 | 936,544 |
| **MERRICK BANK** | | | | | | |
| | 11/18/2024 | $16.86 | 936,564 | | | |
| **PRA RECEIVABLES MANAGEMENT LLC** | | | | | | |
| | 11/18/2024 | $9.52 | 8,004,336 | 11/18/2024 | $8.80 | 8,004,336 |
| **SELECT PORTFOLIO SERVICING INC** | | | | | | |
| | 05/15/2023 | $724.68 | 909,713 | 05/15/2023 | $777.15 | 909,713 |
| | 07/17/2023 | $170.30 | 912,685 | 07/17/2023 | $182.63 | 912,685 |
| | 08/14/2023 | $253.64 | 914,215 | 08/14/2023 | $272.01 | 914,215 |
| | 09/18/2023 | $253.64 | 915,695 | 09/18/2023 | $272.01 | 915,695 |
| | 10/16/2023 | $253.64 | 917,217 | 10/16/2023 | $272.00 | 917,217 |
| | 11/13/2023 | $249.57 | 918,643 | 11/13/2023 | $267.64 | 918,643 |
| | 12/11/2023 | $249.57 | 920,079 | 12/11/2023 | $267.64 | 920,079 |
| | 01/08/2024 | $211.49 | 921,488 | 01/08/2024 | $226.81 | 921,488 |
| | 02/12/2024 | $249.57 | 922,818 | 02/12/2024 | $267.64 | 922,818 |
| | 03/11/2024 | $249.57 | 924,287 | 03/11/2024 | $267.64 | 924,287 |
| | 04/15/2024 | $249.57 | 925,697 | 04/15/2024 | $267.64 | 925,697 |
| | 05/10/2024 | $249.57 | 927,204 | 05/10/2024 | $267.64 | 927,204 |
| | 06/17/2024 | $249.57 | 928,566 | 06/17/2024 | $267.64 | 928,566 |
| | 07/15/2024 | $249.57 | 930,083 | 07/15/2024 | $267.64 | 930,083 |
| | 08/19/2024 | $256.14 | 931,475 | 08/19/2024 | $274.68 | 931,475 |
| | 09/16/2024 | $322.69 | 932,980 | 09/16/2024 | $346.06 | 932,980 |
| | 10/21/2024 | $235.28 | 934,331 | 10/21/2024 | $219.40 | 934,331 |
| **STATE OF NJ** | | | | | | |
| | 05/15/2023 | $1,201.11 | 910,879 | 01/08/2024 | $113.00 | 922,539 |
| | 08/19/2024 | $1,155.11 | 932,603 | | | |
| **U.S. DEPARTMENT OF EDUCATION** | | | | | | |
| | 10/21/2024 | $111.44 | 935,636 | 11/18/2024 | $356.17 | 937,035 |
| **VERIZON BY AMERICAN INFOSOURCE AS AGENT** | | | | | | |
| | 11/18/2024 | $5.03 | 935,923 | | | |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 6,386.35 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 1,000.00 | 100.00% | 1,000.00 | 0.00 |

**Chapter 13 Case # 22-15432**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | ALLY CAPITAL | VEHICLE SECURE | 4,173.12 | 100.00% | 4,173.12 | 0.00 |
| 0002 | AMERICAN EXPRESS BANK | UNSECURED | 229.43 | 100.00% | 229.43 | 0.00 |
| 0005 | ATLANTIC MEDICAL GROUP | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0006 | BANK OF AMERICA | UNSECURED | 732.29 | 100.00% | 9.21 | 723.08 |
| 0008 | BUDGET | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0009 | CB/PEEBLES | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0010 | CCS/FIRST SAVINGS BANK | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0011 | CALIBER HOME LOANS, INC | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0012 | CAPITAL ONE | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0014 | CAPITAL ONE AUTO FINANCE | UNSECURED | 11,589.57 | 100.00% | 145.76 | 11,443.81 |
| 0015 | CAPITAL ONE BANK (USA), N.A. | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0016 | CAPITAL ONE BANK/BASS | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0017 | CAREPOINT HEALTH CHRIST HOSPITAL | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0018 | CARECENTRIX | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0019 | CREDIT ONE BANK NA | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0020 | DEL MONTE PODIATRY | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0021 | DELTA STORAGE | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0022 | U.S. DEPARTMENT OF EDUCATION | UNSECURED | 37,180.83 | 100.00% | 467.61 | 36,713.22 |
| 0024 | ENTERPRISE | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0025 | FNCC | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0027 | FIRST ENERGY/METRO EDISON | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0030 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 720.44 | 100.00% | 9.06 | 711.38 |
| 0033 | FIRST SAVING BANK | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0036 | GUTHY RENKER | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0037 | HCO 60 EVERGREEN INTERNAL MEDICIN | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0038 | HOP ENERGY LLC | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0039 | HUDSON RIVER RADIOLOGY | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0040 | UNITED STATES TREASURY/IRS | PRIORITY | 0.00 | 100.00% | 0.00 | 0.00 |
| 0041 | JERSEY CITY FIRE DEPT. | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0042 | JERSEY CITY MEDICAL CENTER | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0043 | JERSEY CITY MUNICIPAL UTILITY AUTHO | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0044 | KENSINGTON & ASSOCIATES | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0045 | LIBERTY SAVINGS FEDERAL CREDIT UNI | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0046 | LINCOLN EDUCATION SERVICE CORP | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0048 | MERRICK BANK | UNSECURED | 1,340.62 | 100.00% | 16.86 | 1,323.76 |
| 0049 | MET-ED | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0050 | META SURGICAL ASSOCIATES | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0052 | NJ MEDICAL & HEALTH ASSOCIATES | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0054 | NEW JERSEY E-ZPASS | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0055 | NEW JERSEY UROLOGY | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0056 | ONE OAK MEDICAL GROUP LLC | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0057 | PSE&G | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0058 | POCONO MEDICAL CENTER | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0059 | PUBLISHERS CLEARING HOUSE | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0060 | PYRAMID HEALTHCARE, INC. | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0061 | RWJ BARNABAS HEALTH | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0063 | SRP 2013-8, LLC | SECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0064 | SATELLITE RADIO | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0067 | SIMONS AGENCY INC | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0068 | SLEEP ON CALL | UNSECURED | 371.58 | 100.00% | 0.00 | 371.58 |
| 0070 | STATE OF NJ | PRIORITY | 1,201.11 | 100.00% | 1,201.11 | 0.00 |
| 0072 | LVNV FUNDING LLC | UNSECURED | 1,110.45 | 100.00% | 13.97 | 1,096.48 |
| 0074 | TD BANK NA | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0075 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 757.26 | 100.00% | 9.52 | 747.74 |
| 0076 | THE PALMER FIRM | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0077 | SELECT PORTFOLIO SERVICING INC | MORTGAGE ARRE | 4,662.18 | 100.00% | 4,662.18 | 0.00 |

**Chapter 13 Case # 22-15432**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| 0081 | VERIZON BY AMERICAN INFOSOURCE A | UNSECURED | 219.87 | 100.00% | 0.00 | 219.87 |
| 0084 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 768.83 | 100.00% | 9.67 | 759.16 |
| 0085 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 699.10 | 100.00% | 8.80 | 690.30 |
| 0086 | UNITED STATES TREASURY/IRS | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0087 | LVNV FUNDING LLC | UNSECURED | 606.80 | 100.00% | 7.63 | 599.17 |
| 0088 | LVNV FUNDING LLC | UNSECURED | 352.92 | 100.00% | 0.00 | 352.92 |
| 0089 | VERIZON BY AMERICAN INFOSOURCE A | UNSECURED | 400.15 | 100.00% | 5.03 | 395.12 |
| 0090 | AMERICAN EXPRESS NATIONAL BANK | UNSECURED | 146.41 | 100.00% | 146.41 | 0.00 |
| 0091 | BUREAU OF HOUSING INSPECTION | UNSECURED | 12,174.00 | 100.00% | 153.11 | 12,020.89 |
| 0092 | SELECT PORTFOLIO SERVICING INC | (NEW) MTG Agree | 4,999.75 | 100.00% | 4,999.75 | 0.00 |
| 0093 | STATE OF NJ | PRIORITY | 1,268.11 | 100.00% | 1,268.11 | 0.00 |

Total Paid: **$24,922.69**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: January 18, 2025.

Receipts: $104,671.42    -    Paid to Claims: $17,536.34    -    Admin Costs Paid: $7,386.35    =    Funds on Hand: $79,748.73

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.