**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**NEWARK DIVISION**

| | |
|---|---|
| IN RE:<br>Henry Bell, Jr.,<br>Debtor.<br>_____ / | CASE NO.: 22-15432-RG<br>CHAPTER 13 |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for RCAF Acquisition Trust<br>Name of Transferee | CSMC 2020-RPL2 Trust<br>Name of Transferor |
| Name and Address where notices to Transferee should be sent:<br>Selene Finance LP<br>Attn: BK Dept.<br>3501 Olympus Blvd., Suite 500<br>Dallas, TX 75019 | Court Claim # (if known): 18-1<br>Amount of Claim: $284,020.07<br>Date Claim Filed: 09/14/2022 |
| Phone: 877-735-3637<br>Last Four Digits of Acct #: 9062 | Phone: (800) 258-8602<br>Last Four Digits of Acct #: 5996 |

Name and Address where Transferee payments should be sent (if different from above):
Selene Finance LP
Attn: BK Dept.
3501 Olympus Blvd., Suite 500
Dallas, TX 75019

Phone:
Last Four Digits of Acct #: 9062

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Sydney Marie Cauthen    Date: 03/15/2025

Transferee/Transferee's Agent

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on ___March 17, 2025___ I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

Henry Bell, Jr.
299 Ege Avenue
Jersey City, NJ 07304

**And via electronic mail to:**

Moshie Solomon
Law Offices of Moshie Solomon, P.C.
2 University Plaza
Suite 100
Hackensack, NJ 07601

Marie-Ann Greenberg
Chapter 13 Standing Trustee
30 Two Bridges Rd.
Suite 330
Fairfield, NJ 07004-1550

U.S. Trustee
US Dept. of Justice
Office of the US Trustee
One Newark Center Ste. 2100
Newark, NJ 07102

By: /s/ Dena Eaves
Dena Eaves
deaves@raslg.com