| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Henry Bell Jr. <br> First Name   Middle Name   Last Name | Social Security number or ITIN   xxx−xx−5842 <br> EIN   __−_____ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____ <br> EIN   __−_____ |
| United States Bankruptcy Court   District of New Jersey | | |
| Case number:   22−15432−RG | | |

# Order of Discharge                                                             12/18

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Henry Bell Jr.

   <u>5/2/25</u>                                                      **By the court:** <u>Rosemary Gambardella</u>
                                                                                 United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

   ♦ debts that are domestic support
      obligations;

   ♦ debts for most student loans;

   ♦ debts for certain types of taxes specified
      in 11 U.S.C. §§ 507(a)(8)( C),
      523(a)(1)(B), or 523(a)(1)(C) to the
      extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 22-15432-RG |
| Henry Bell, Jr. | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 5 |
| Date Rcvd: May 02, 2025 | Form ID: 3180W | Total Noticed: 106 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 04, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Henry Bell, Jr., 299 Ege Avenue, Jersey City, NJ 07304-1001 |
| cr | + | CSMC 2020-RPL2 Trust, Robertson, Anschutz, Schneid, Crane & Pa, 13010 Morris Road., Suite 450, Alpharetta, GA 30004-2001 |
| sp | + | Rosenberg, Minc, Falkoff, and Wolff, LLP, 122 East 42nd Street, Suite 3800, New York, NY 10168-3399 |
| cr | + | Shorebreak NPL Trust, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road, Suite 450, Alpharetta, GA 30004, UNITED STATES 30004-2001 |
| 519654493 | + | Brenda Bell, 6216 Decker Road, Bushkill, PA 18324-6801 |
| 519654494 | + | Budget, 6 Sylvan Way, Parsippany, NJ 07054-3826 |
| 519775310 | + | Bureau of Housing Inspection, PO BOX 810, Trenton, NJ 08625-0810 |
| 520075386 | + | CSMC 2020-RPL2 Trust, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road., Suite 450, Alpharetta, GA 30004-2001 |
| 519654495 | | Caliber Home Loans, Inc, 1301 Wireless Way, Oklahoma City, OK 73134 |
| 519654502 | | CarePoint Health Christ Hospital, 176 Palisade Avenue, Jersey City, NJ 07306-1121 |
| 519654501 | + | Carecentrix, PO Box 2011, Monroe, WI 53566-8079 |
| 519654506 | | Del Monte Podiatry, 150 Warren Street Ste 201, Jersey City, NJ 07302-6443 |
| 519654507 | + | Delta Storage, 71 New Hook Rd., Bayonne, NJ 07002-5006 |
| 519654508 | + | Dept Of Ed/582/Nelnet, PO Box 173904, Denver, CO 80217-3904 |
| 519654511 | + | Fedloan, Po Box 60610, Harrisburg, PA 17106-0610 |
| 519654520 | + | Gaetana Barba, 59 S. Windhorst Avenue, Bethpage, NY 11714-4931 |
| 519654521 | + | Goldman & Warshaw, P.C., PO Box 2500, Caldwell, NJ 07007-2500 |
| 519654523 | | HCO 60 Evergreen Internal Medicine, PO Box 767, South Orange, NJ 07079-0767 |
| 519654524 | + | Hop Energy LLC, c/o Frederic C. Goetz, Esq. LLC, 1011 Hudson Ave., PO Box 454, Ridgefield, NJ 07657-0454 |
| 519654528 | + | Jersey City Medical Center, Att: Quality Asset Recovery LLC, PO Box 239, Gibbsboro, NJ 08026-0239 |
| 519654529 | + | Jersey City Municipal Utility Authority, Customer Service Center, 69 DeVoe Place, Hackensack, NJ 07601-6105 |
| 519654530 | + | Kensington & Associates, 39252 Winchester Road, Ste 107-265, Murrieta, CA 92563-3509 |
| 519654532 | + | Lincoln Education Service Corp, 502 W. Germantown Pk, Plymouth Meeting, PA 19462-1309 |
| 519654536 | + | Meta Surgical Associates, PO Box 337, Park Ridge, NJ 07656-0337 |
| 519654541 | | NJ Medical & Health Associates, DBA CarePoint Medical Group, Philadelphia, PA 19182-4276 |
| 519654540 | | New Jersey Urology, CL#7970, PO Box 95000, Philadelphia, PA 19195-0001 |
| 519654542 | + | One Oak Medical Group LLC, 342 Hamburg Turnpike, Suite 203, Wayne, NJ 07470-2166 |
| 519654543 | + | Pocono Medical Center, c/o Computer Credit Inc., 470 West Hanes Mill Road, Winston Salem, NC 27105-9102 |
| 519654546 | | Pyramid Healthcare, Inc., PO Box 3475, Toledo, OH 43607-0475 |
| 519654548 | | RWJ Barnabas Health, PO Box 2978, Muncie, IN 47307-0978 |
| 519654555 | + | SRP 2013-8, LLC, KML Law Group, PC, 701 Market Street, Ste 5000, Philadelphia, PA 19106-1541 |
| 519654549 | + | Satellite Radio, PO Box 78054, Phoenix, AZ 85062-8054 |
| 520422105 | + | Shorebreak NPL Trust, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road, Suite 450, Alpharetta, GA 30004-2001 |
| 519654553 | + | Sleep on Call, c/o James C. Bender, Esq., 29 Columbia Tpk, Suite 302, Florham Park, NJ 07932-2240 |
| 519654554 | # | Smileactive, PO Box 2031, Harlan, IA 51593-0074 |
| 519654556 | + | State of New Jersey Division of Taxation, PO Box 846, Trenton, NJ 08605-0846 |
| 519654557 | + | State of New Jersey, Dept. of Community Affai, Bureau of Housing Inspection, 101 Broad Street, PO Box 810, Trenton, NJ 08625-0810 |
| 519654562 | + | The Palmer Firm, PO Box 1600, Rancho Cucamonga, CA 91729-1600 |
| 519654564 | | US Dept of Education, 101 Marietta Tower, Atlanta, GA 30323 |

District/off: 0312-2 User: admin Page 2 of 5
Date Rcvd: May 02, 2025 Form ID: 3180W Total Noticed: 106
TOTAL: 39

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: usanj.njbankr@usdoj.gov | May 02 2025 20:45:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 02 2025 20:45:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + EDI: AISACG.COM | May 03 2025 00:24:00 | Ally Capital Department, AIS Portfolio Services, LP, 4515 N Santa Fe Ave, Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + EDI: AISACG.COM | May 03 2025 00:24:00 | Ally Financial, AIS Portfolio Services, LP, 4515 N Santa Fe Ave, Dept APS, Oklahoma City, OK 73118-7901 |
| cr | + EDI: AISACG.COM | May 03 2025 00:24:00 | Capital One Auto, AIS Portfolio Services, LP, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519656095 | + EDI: AISACG.COM | May 03 2025 00:24:00 | Ally Capital, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519684460 | + EDI: AISACG.COM | May 03 2025 00:24:00 | Ally Capital c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519657025 | + EDI: AISACG.COM | May 03 2025 00:24:00 | Ally Financial, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519654487 | + EDI: GMACFS.COM | May 03 2025 00:24:00 | Ally Financial, PO Box 380901, Minneapolis, MN 55438-0901 |
| 519654488 | + Email/PDF: bncnotices@becket-lee.com | May 02 2025 20:48:31 | American Express, PO Box 981537, El Paso, TX 79998-1537 |
| 519678969 | Email/PDF: bncnotices@becket-lee.com | May 02 2025 20:49:00 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519654490 | Email/Text: Atlanticus@ebn.phinsolutions.com | May 02 2025 20:43:00 | Aspire, PO Box 105555, Atlanta, GA 30348-5555 |
| 519654489 | ^ MEBN | May 02 2025 20:39:05 | Aspire, PO Box 650832, Dallas, TX 75265-0832 |
| 519654491 | Email/Text: EBN_Brea@meduitrcm.com | May 02 2025 20:44:00 | Atlantic Medical Group, c/o CMRE Financial Services Inc, 3075 E. Imperial Hwy, Suite 200, Brea, CA 92821-6753 |
| 519654492 | EDI: BANKAMER | May 03 2025 00:24:00 | Bank of America, PO Box 982234, El Paso, TX 79998-2234 |
| 519678243 | EDI: BANKAMER | May 03 2025 00:24:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 519654503 | + EDI: WFNNB.COM | May 03 2025 00:24:00 | CB/Peebles, PO Box 182789, Columbus, OH 43218-2789 |
| 519654496 | + EDI: CAPITALONE.COM | May 03 2025 00:24:00 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 519654497 | EDI: CAPITALONE.COM | May 03 2025 00:24:00 | Capital One, PO Box 6492, Carol Stream, IL 60197-6492 |
| 519654498 | + EDI: CAPONEAUTO.COM | May 03 2025 00:27:00 | Capital One Auto Finance, 7933 Preston Road, Plano, TX 75024-2302 |
| 519657022 | + EDI: AISACG.COM | May 03 2025 00:24:00 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

Case 22-15432-MEH    Doc 114    Filed 05/04/25    Entered 05/05/25 00:15:55    Desc
Imaged Certificate of Notice    Page 5 of 7

| District/off: 0312-2 | User: admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: May 02, 2025 | Form ID: 3180W | Total Noticed: 106 |

| | | | | |
|---|---|---|---|---|
| 519663818 | + | EDI: AISACG.COM | May 03 2025 00:24:00 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 519654499 | + | EDI: CAPITALONE.COM | May 03 2025 00:24:00 | Capital One Bank (USA), N.A., 4851 Cox Road, Glen Allen, VA 23060-6293 |
| 519654500 | + | EDI: CAPITALONE.COM | May 03 2025 00:24:00 | Capital One Bank/Bass, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 519654505 | + | Email/PDF: creditonebknotifications@resurgent.com | May 02 2025 20:48:45 | Credit One Bank Na, PO Box 98875, Las Vegas, NV 89193-8875 |
| 519654509 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | May 02 2025 20:45:00 | Dept of Education/Nelnet, 121 S 13th St, Lincoln, NE 68508-1904 |
| 519654510 | + | Email/Text: bankruptcynotifications@ehi.com | May 02 2025 20:43:00 | Enterprise, 600 Corporate Park Drive, Saint Louis, MO 63105-4211 |
| 519654519 | | Email/Text: BNSFN@capitalsvcs.com | May 02 2025 20:43:00 | FNCC, 500 East 60th St North, Sioux Falls, SD 57104 |
| 519654513 | | Email/Text: BNSFN@capitalsvcs.com | May 02 2025 20:43:00 | First National Bank, PO Box 2496, Omaha, NE 68103-2496 |
| 519654514 | | Email/Text: BNSFN@capitalsvcs.com | May 02 2025 20:43:00 | First National Credit Card, PO Box 5097, Sioux Falls, SD 57117-5097 |
| 519654504 | | Email/Text: BNSFS@capitalsvcs.com | May 02 2025 20:44:00 | CCS/First Savings Bank, 500 E 60th St N, Sioux Falls, SD 57104 |
| 519654518 | | Email/Text: BNSFS@capitalsvcs.com | May 02 2025 20:44:00 | First Saving Bank, PO Box 5019, Sioux Falls, SD 57117-5019 |
| 519654512 | + | Email/Text: bankruptcies@penncredit.com | May 02 2025 20:44:00 | First Energy/Metro Edison, c/o Penn Credit Corp, PO Box 1259, Dep. 91047, Oaks, PA 19456-1259 |
| 519654516 | | EDI: AMINFOFP.COM | May 03 2025 00:24:00 | First Premier Bank, PO Box 5524, Sioux Falls, SD 57117-5524 |
| 519654517 | | EDI: AMINFOFP.COM | May 03 2025 00:24:00 | First Premier Bank, PO Box 5519, Sioux Falls, SD 57117-5519 |
| 519654515 | + | EDI: AMINFOFP.COM | May 03 2025 00:24:00 | First Premier Bank, 601 S Minnesota Ave, Sioux Falls, SD 57104-4868 |
| 519654526 | | EDI: IRS.COM | May 03 2025 00:24:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 519680265 | | Email/PDF: resurgentbknotifications@resurgent.com | May 02 2025 20:48:31 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519654531 | ^ | MEBN | May 02 2025 20:41:26 | Liberty Savings Federal Credit Union, 666 Newark Avenue, Jersey City, NJ 07306-2398 |
| 519678114 | | Email/PDF: MerrickBKNotifications@Resurgent.com | May 02 2025 20:48:43 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 519654533 | | Email/PDF: MerrickBKNotifications@Resurgent.com | May 02 2025 20:59:38 | Merrick Bank, PO Box 660702, Dallas, TX 75266-0702 |
| 519654534 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | May 02 2025 20:48:45 | Merrick Bank Corp, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 519654535 | + | Email/Text: BankruptcyEast@firstenergycorp.com | May 02 2025 20:44:00 | Met-Ed, PO Box 3687, Akron, OH 44309-3687 |
| 519654538 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | May 02 2025 20:43:00 | New Jersey Division of Taxation, Bankruptcy U, 50 Barrack Street, 9th Floor, P.O. Box 245, Trenton, NJ 08695-0267 |
| 519654539 | + | EDI: CCS.COM | May 03 2025 00:24:00 | New Jersey E-ZPass, c/o Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2609 |
| 519704435 | | EDI: PRA.COM | May 03 2025 00:24:00 | Portfolio Recovery Associates, LLC, c/o The Bank |

| District/off: 0312-2 | User: admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: May 02, 2025 | Form ID: 3180W | Total Noticed: 106 |

| Recipient ID | Method | Date/Time | Address |
|---|---|---|---|
| | | | Of Missouri, POB 41067, Norfolk VA 23541 |
| 519654544 | ^ MEBN | May 02 2025 20:40:58 | PSE&G, PO Box 709, Newark, NJ 07101-0709 |
| 519674150 | + EDI: JEFFERSONCAP.COM | May 03 2025 00:24:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 519654545 | + Email/Text: bankruptcies@penncredit.com | May 02 2025 20:44:00 | Publishers Clearing House, c/o Penn Credit Corp, 2800 Commerce Drive, Harrisburg, PA 17110-9307 |
| 519654547 | ^ MEBN | May 02 2025 20:39:45 | Revco Solutions, PO Box 163279, Columbus, OH 43216-3279 |
| 519654551 | Email/Text: EBN@seliplaw.com | May 02 2025 20:44:00 | Selip & Stylianou LLP, 10 Forest Avenue- Suite 300, PO Box 914, Paramus, NJ 07653-0914 |
| 519698126 | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | May 02 2025 20:43:00 | State of New Jersey, Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08695-0245 |
| 519654550 | + Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | May 02 2025 20:46:00 | Select Portfolio Servicing Inc., Attn: Bankruptcy Dept., PO Box 65250, Salt Lake City, UT 84165-0250 |
| 519704689 | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | May 02 2025 20:46:00 | Select Portfolio Servicing, Inc., as servicer for, P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 519654552 | + Email/Text: clientservices@simonsagency.com | May 02 2025 20:46:00 | Simons Agency Inc, 4963 Wintersweet Dr, Liverpool, NY 13088-2176 |
| 519654558 | + EDI: SYNC | May 03 2025 00:24:00 | Syncb/Car Care Pep Boy, PO Box 965036, Orlando, FL 32896-5036 |
| 519655351 | ^ MEBN | May 02 2025 20:40:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519654559 | ^ MEBN | May 02 2025 20:38:13 | Synergetic Communications Inc,, 5450 N.W. Central #220, Houston, TX 77092-2061 |
| 519654561 | + EDI: TDBANKNORTH.COM | May 03 2025 00:24:00 | TD Bank Na, PO Box 1448, Greenville, SC 29602-1448 |
| 519654560 | + Email/Text: Atlanticus@ebn.phinsolutions.com | May 02 2025 20:43:00 | Tbom/Atls/Aspire, 5 Concourse Pkwy Ste 400, Atlanta, GA 30328-9114 |
| 519654563 | + Email/Text: ECMBKMail@Caliberhomeloans.com | May 02 2025 20:46:00 | U.S. Bank Trust N.A., as Trustee, 13801 Wireless Way, Oklahoma City, OK 73134-2500 |
| 520587866 | + Email/Text: bkteam@selenefinance.com | May 02 2025 20:44:00 | U.S. Bank Trust National Association, Selene Finance LP, Attn: BK Dept., 3501 Olympus Blvd., Suite 500, Dallas, TX 75019-6295 |
| 520587867 | + Email/Text: bkteam@selenefinance.com | May 02 2025 20:44:00 | U.S. Bank Trust National Association, Selene Finance LP, Attn: BK Dept., 3501 Olympus Blvd., Suite 500, Dallas, TX 75019, U.S. Bank Trust National Association 75019-6295 |
| 519729496 | Email/Text: EDBKNotices@ecmc.org | May 02 2025 20:43:00 | U.S. Department of Education, PO BOX 16448, St. Paul, MN, 55116-0448 |
| 519654565 | Email/Text: EDBKNotices@ecmc.org | May 02 2025 20:43:00 | US Dept. of Education, Default Resolution Group, PO Box 5609, Greenville, TX 75403-5609 |
| 519698738 | + EDI: AIS.COM | May 03 2025 00:24:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519654566 | + EDI: VERIZONCOMB.COM | May 03 2025 00:24:00 | Verizon Wireless Bankruptcy Administration, 500 Technology Drive, Weldon Spring, MO 63304-2225 |

TOTAL: 67

Case 22-15432-MEH   Doc 114   Filed 05/04/25   Entered 05/05/25 00:15:55   Desc
Imaged Certificate of Notice   Page 7 of 7

| District/off: 0312-2 | User: admin | Page 5 of 5 |
|---|---|---|
| Date Rcvd: May 02, 2025 | Form ID: 3180W | Total Noticed: 106 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519654537 | | N/A |
| 519698311 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519704437 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, c/o The Bank Of Missouri, POB 41067, Norfolk VA 23541 |
| 519654522 | ##+ | Guthy Renker, c/o North Shore Agency, 112 W. Park Drive, Suite 200, Mount Laurel, NJ 08054-1261 |
| 519654525 | ##+ | Hudson River Radiology, 120-152 48th Street, Union City, NJ 07087-6439 |
| 519654527 | ##+ | Jersey City Fire Dept., 465 Marin Blvd., Jersey City, NJ 07302-2111 |

TOTAL: 1 Undeliverable, 2 Duplicate, 3 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 04, 2025            Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 2, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Cory Francis Woerner | on behalf of Creditor CSMC 2020-RPL2 Trust cwoerner@raslg.com |
| Denise E. Carlon | on behalf of Creditor SRP 2013-8  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Moshie Solomon | on behalf of Debtor Henry Bell  Jr. msolomon@moshiesolomonlaw.com, r56616@notify.bestcase.com |
| Nathalie Rodriguez | on behalf of Creditor Shorebreak NPL Trust nrodriguez@raslg.com  NJbkyecf@flwlaw.com |
| R. A. Lebron | on behalf of Creditor Select Portfolio Servicing  Inc., as servicer for CSMC 2020-RPL2 Trust bankruptcy@fskslaw.com |
| Sherri R. Dicks | on behalf of Creditor Shorebreak NPL Trust sdicks@raslg.com  shrdlaw@hotmail.com |
| Sindi Mncina | on behalf of Creditor CSMC 2020-RPL2 Trust smncina@raslg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 9